# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | |
|---|---|
| LETICIA GARZA GALVAN and MARTIE GARCIA VELA, *Plaintiffs*, | § § § § |
| v. | § § |
| ROLANDO PABLOS, in his official capacity as Texas Secretary of State, and ARMANDINA MARTINEZ, ALMA GARCIA, ALICIA DOUGHERTY NO. 1, ALICIA DOUGHERTY NO. 2, YOLANDA MARTINEZ, *Defendants*. | § § § § § § § § § |

CASE NO. _____

## INDEX OF DOCUMENTS FILED IN STATE COURT

1. 4/11/18 Plaintiff's Original Petition and Motion to Consolidate
2. 4/16/18 Defendant Rolando B. Pablos' Answer to Plaintiffs' Original Petition