IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| LETICIA GARZA GALVAN, et al., Plaintiffs, | § § § | |
| | § | Civil Case No. 7:18-cv-00113 |
| v. | § § | |
| ROLANDO PABLOS, in his official capacity as Texas Secretary of State, et al., Defendants. | § § § § | DECLARATORY AND INJUNCTIVE RELIEF REQUESTED |

**[PROPOSED] ORDER**

On this day came on to be considered the Plaintiffs' joint motion for summary judgment. Having considered the motion, all exhibits filed with the papers, and the argument of counsel, if any, the Court is of the opinion that the motion should be GRANTED.

IT IS HEREBY ORDERED AND DECLARED that the Texas ballot by mail statutes and process, to the extent that it permits and/or requires the rejection of mail-in ballots for perceived signature discrepancy, violate the right to vote, due process of law under the Fourteenth Amendment to the United States Constitution, and the equal protection of the law as alleged and argued in Plaintiffs' pleadings.

[continued]

The Court hereby further ORDERS the parties to submit a proposed order of permanent injunction suggesting the precise procedures that must be, and can most reasonably and efficiently be enforced to afford appropriate process, within ten days of the entry of this order. If the parties can agree, they shall file such document jointly; if not, they shall file separately and identify the points of disagreement.

SO ORDERED this ______ day of ____________________________ 2018

________________________________________
JUDGE PRESIDING