IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| LETICIA GARZA GALVAN et al.<br>Plaintiffs, | § § § § § § § § | |
| v. | | Civil Case No. 7:18-cv-00113 |
| ROLANDO PABLOS et al.<br>Defendants. | | |

# DECLARATION

1. My name is Amelia Martinez, and I reside at 232 Baldemar Ave., in Roma, TX. I am legally blind. I know how to write, voting is important to me, and I like to sign my own ballot envelope.

2. I signed my own application for a mail-in ballot for the March 2018 primary elections, and after completing my ballot, I signed my own envelope to return the ballot.

3. My daughter Magaly Serna assisted me with completing the ballot. She saw me sign the envelope.

4. I like to sign my name in cursive because that is better for a signature, and that is the way I was taught.

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the statements contained in this verification are true and correct. Executed in Starr County, State of Texas, on November 29, 2018.

Amelia Martinez
DECLARANT NAME

_____
SIGNATURE

Exhibit 1
Plfs MSJ

# Application for Ballot by Mail

Prescribed by the Office of the Secretary of State of Texas
A5-15e 08/15

For Official Use Only
VUID #, County Election Precinct #, Statement of Residence, etc.

Rt6#1006031422

**1. Last Name:** Martinez
**Suffix:** 
**First Name:** Amelia
**Middle Initial:** 

**2. Residence Address:** 232 Baldemar Ave.
**City:** Roma, TX
**Zip Code:** 78584

**3. Mail my ballot to:** 232 Baldemar Ave.
**City:** Roma
**State:** TX
**Zip Code:** 78584

**4. Date of Birth:** 1945

**5. Reason for Voting by Mail:**
- [X] 65 years of age or older (Complete Box #6a)
- [ ] Disability (Complete Box #6a)
- [ ] Expected absence from the county (Complete Box #6b and Box #8)
- [ ] Confinement in jail (Complete Box #6b)

**7. If you are requesting this ballot be mailed to a different address:**
- [X] Mailing Address as listed on my voter registration certificate
- [ ] Nursing home, assisted living facility, or long term care facility
- [ ] Hospital
- [ ] Retirement Center
- [ ] Address of the jail
- [ ] Relative; relationship
- [ ] Address outside the county (see Box #8)

**REJECTED**   A

**6a. ONLY Voters 65 Years of Age or Older or Voters with a Disability:**
- [ ] Annual Application

Uniform and Other Elections:
- [ ] May Election
- [ ] November Election
- [ ] Other

Primary Elections:
- [X] Democratic Primary
- [ ] Republican Primary
- [X] Any Resulting Runoff

**8.** (Date fields blank)

**9. Contact Information (Optional)**

**6b. ONLY Voters Absent from County or Voters Confined in Jail:**

Uniform and Other Elections:
- [ ] May Election
- [ ] November Election
- [ ] Other

Primary Elections:
- [ ] Democratic Primary
- [ ] Republican Primary
- [ ] Any Resulting Runoff

**10.** "I certify that the information given in this application is true, and I understand that giving false information in this application is a crime."

→ X [signature: Amelia]   Date 12/28/17

SIGN HERE
If applicant is unable to sign or make a mark in the presence of a witness, the witness shall complete Box #11.

**11.** If applicant is unable to mark Box #10 and you are acting as a Witness to that fact, please check this box and sign below. [ ]

If you assisted the applicant in completing this application in the applicant's presence or e-mailed/mailed or faxed the application on behalf of the applicant, please check this box as an Assistant and sign below. [X]

X [signature]   X Bernice Garza
Signature of Witness/Assistant   Printed Name of Witness/Assistant

495 Dr. Mario Ramirez   Roma
Street Address   Apt Number   City   78584

TX
State   Zip

Witness' Relationship to Applicant

Galvan 188

Este formulario está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo al 1.800.252.8683 a la oficina del Secretario de Estado o la Secretaria de Votación por Adelantado.

Exhibit 1
Plfs MSJ

envelope unless ballot has been marked by you or at your direction. This carrier envelope may not be used to return more than one voter's ballot. However, more than one carrier envelope may be placed together in another envelope and the envelope must be returned by mail, by common or contract carrier, or in person by the voter on election day at the early voting clerk's office. (Instrucciones al Votante: Selle este sobre, y después firme tu nombre en el espacio proporcionado abajo. Este sobre debe de ser sellado por el votante antes de que el votante lo entregue. No firme este sobre a menos de que la boleta haya sido llenada por usted, o bajo su dirección. **Este sobre oficial no debe ser utilizado para entregar la boleta de más de un solo votante.** Sin embargo, más de un solo sobre oficial puede ser colocado dentro de otro sobre si el sobre(s) oficial adicional le pertenece a un votante registrado para votar bajo la misma dirección. Este sobre oficial debe ser enviado por correo, por medio de un transportista público o comercial, o ser entregado en persona por el votante el día de la elección en la oficina del secretario de votación temprana.)

I certify that the enclosed ballot expresses my wishes independent of any dictation or undue persuasion by any person. (Certifico que la boleta adjunta expresa mis deseos independientemente de ningún dictado o persuasión indebida por parte de cualquier persona.)

**SEAL ENVELOPE AND SIGN OVER SEALED FLAP** → X _Emelio M___
SIGNATURE OR MARK OF VOTER (FIRMA O MARCA DEL VOTANTE)

**Instructions to Assistant:** A voter may only be assisted with reading or marking the ballot if they have a physical disability that renders them unable to write or see, or have an inability to read the language in which the ballot is written. If you are assisting the voter, you must read the oath and complete the section below assisting the voter. (**Instrucciones al Asistente:** Un votante puede recibir ayuda para leer o llenar la boleta solamente si el votante tiene una discapacidad física la cual le impide escribir o ver, o tiene la habilidad de leer el lenguaje en el cual la boleta está escrita. Si usted le proporcionará ayuda a un votante, usted debe leer el juramento y llenar la siguiente sección abajo, antes de asistir al votante.)

**Oath of Person Assisting Voter:** I swear (or affirm) that I will not suggest, by word, sign, or gesture, how the voter should vote; I will confine my assistance to answering the voter's questions, to stating propositions on the ballot, and to naming candidates and, if listed, their political parties; I will prepare the voter's ballot as the voter directs; and I am not the voter's employer, an agent of the voter's employer, or an officer or agent of a labor union to which the voter belongs. (**Juramento de la Persona Asistiendo al Votante:** Juro (o afirmo) que no sugeriré con palabras, señales, o gestos, la manera en la cual el votante debe votar; limitaré mi asistencia a responder las preguntas del votante, leer propuestas en la boleta, nombrar a los candidatos, y si es mencionado, su partido político; prepararé la boleta del votante de acuerdo a sus instrucciones; y yo no soy el empleador del votante, un agente del empleador del votante, o un oficial o agente de un sindicato al cual el votante pertenece.)

**Instructions to Witness:** You are serving as a witness for _____ (name of voter). You must complete the section below if you witness the mark of the voter, or if the voter cannot make a mark. If the voter cannot make a mark, check here ___. (**Instrucciones al Testigo:** Usted está fungiendo como testigo para _____ (nombre del votante). Usted debe llenar la siguiente sección abajo si usted fue testigo de que el votante firmó, o de que el votante no puede firmar. Si el votante no puede firmar, marque sus iniciales aquí ___.)

**Instructions to Person Depositing Carrier Envelope in Mail or to Common or Contract Carrier:** If you are assisting a voter by depositing the carrier envelope in the mail or with a common or contract carrier, you must complete the section below. (**Instrucciones a la Persona Quien Deposite el Sobre Oficial en el Correo o Entregue al Transportista Público o Comercial:** Si usted asistirá al votante a depositar el sobre oficial en el correo o con un transportista público o comercial, usted debe llenar la sección que aparece abajo.)

If you are an assistant or witness, check the appropriate box below and provide information. (Si usted es un asistente o testigo, marque la casilla correcta y proporcione su información):

[X] Assistant/Asistente
[ ] Witness/Testigo
Signature (Firma): _[signature]_  Printed Name (Nombre impreso): Magaly Seins   Street Address (Domicilio residencial): 232 S. Baldemar Ave

[ ] Assistant/Asistente
[ ] Witness/Testigo
Signature (Firma): ___  Printed Name (Nombre impreso): ___  Street Address (Domicilio residencial): ___

Completed by Early Voting Clerk: Name of Election (Nombre de Elección): PRIMARY ELECTION Pct 6 #1006031422
Name of Voter (Nombre del votante): Martinez Amelia    Date of Election (Fecha de Elección): 3/6/2018

Galvan 189

Exhibit 1
Plfs MSJ