# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| LETICIA GARZA GALVAN et al.<br>*Plaintiff*<br>v.<br>ROLANDO PABLOS et al.<br>*Defendant* | )<br>)<br>) Civil Case No. 7:18-cv-00113<br>)<br>) |

## WAIVER OF SERVICE

To: _____Jerad Najvar_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service in this action along with two copies of this waiver form, a copy of the Plaintiffs' Suggestion of Death, Notice of Hearing on March 19, 2019, Motion for Substitution as Plaintiff and supporting exhibits, and a prepaid means of returning one signed copy of this form to you.

I agree to save the expense of serving a summons and complaint in this case.

I understand that waiving service of process does not affect my potential rights or interest in the underlying matter and that this solely constitutes as a waiver to service of process of the afore mentioned documents.

Date: 3-18-19

*[signature]*
*Signature of the attorney or unrepresented party*

Hector M. Martinez
*Printed name*

Hector Manuel Martinez, Jr.
*Printed name of party waiving service*

1849 Summerfield Dr.
Rio Grande City, TX 78582
*Address*

(956) 573-7603
*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| LETICIA GARZA GALVAN et al.<br>Plaintiffs,<br><br>v.<br><br>ROLANDO PABLOS et al.<br>Defendants. | §<br>§<br>§<br>§ Civil Case No. 7:18-cv-00113<br>§<br>§<br>§<br>§<br>§ |

## DECLARATION

1. My name is Hector M. Martinez, Jr., and I reside at 1849 Summerfield Dr., Rio Grande City, TX 78582.

2. I agree that Magaly Serna should represent and carry forward the claims in this case on behalf of Amelia Martinez.

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the statements contained in this verification are true and correct. Executed in Starr County, TX.

Date: March 18, 2019.

___Hector M. Martinez, Jr.___  _____
DECLARANT NAME                        SIGNATURE

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| LETICIA GARZA GALVAN et al.<br>*Plaintiff*<br>v.<br>ROLANDO PABLOS et al.<br>*Defendant* | )<br>)<br>) Civil Case No. 7:18-cv-00113<br>)<br>) |

## WAIVER OF SERVICE

To: _____Jerad Najvar_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service in this action along with two copies of this waiver form, a copy of the Plaintiffs' Suggestion of Death, Notice of Hearing on March 19, 2019, Motion for Substitution as Plaintiff and supporting exhibits, and a prepaid means of returning one signed copy of this form to you.

I agree to save the expense of serving a summons and complaint in this case.

I understand that waiving service of process does not affect my potential rights or interest in the underlying matter and that this solely constitutes as a waiver to service of process of the afore mentioned documents.

Date: 3-18-19

Nelson Martinez
*Printed name of party waiving service*

_[signature]_
*Signature of the attorney or unrepresented party*

Nelson Martinez
*Printed name*

209 Baldemar
Roma, TX 78584
*Address*

(956) 844-6043
*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| LETICIA GARZA GALVAN et al.<br>Plaintiffs, | § § § § | |
| v. | § § § | Civil Case No. 7:18-cv-00113 |
| ROLANDO PABLOS et al.<br>Defendants. | §᠂ § | |

## DECLARATION

1. My name is Nelson Martinez, and I reside at 209 Baldemar, Roma, TX 78584.

2. I agree that Magaly Serna should represent and carry forward the claims in this case on behalf of Amelia Martinez.

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the statements contained in this verification are true and correct. Executed in Starr County, TX.

Date: March 18, 2019.

___Nelson Martinez___
DECLARANT NAME

*[signature]*
SIGNATURE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| LETICIA GARZA GALVAN et al.<br>Plaintiffs,<br><br>v.<br><br>ROLANDO PABLOS et al.<br>Defendants. | §<br>§<br>§<br>§ Civil Case No. 7:18-cv-00113<br>§<br>§<br>§<br>§ |

## DECLARATION

1. My name is Hector Manuel Martinez, and I reside at Xicothencal 400, 65200 Sabinas Hidalgo, Nuevo Leon, MX.

2. I agree that my daughter Magaly Serna should represent and carry forward the claims in this case on behalf of my late wife, Amelia Martinez.

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the statements contained in this verification are true and correct. Executed in Sabinas Hidalgo, Nuevo Leon, MX

Date: March ____, 2019.

___Hector Manuel Martinez___      *[signature: Hector Mrtz]*
DECLARANT NAME                                    SIGNATURE

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | | |
|---|---|---|
| LETICIA GARZA GALVAN et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Case No.  7:18-cv-00113 |
| ROLANDO PABLOS et al. | ) | |
| *Defendant* | ) | |

## WAIVER OF SERVICE

To: _____Jerad Najvar_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

    I have received your request to waive service in this action along with two copies of this waiver form, a copy of the Plaintiffs' Suggestion of Death, Notice of Hearing on March 19, 2019, Motion for Substitution as Plaintiff and supporting exhibits, and a prepaid means of returning one signed copy of this form to you.

    I agree to save the expense of serving a summons and complaint in this case.

    I understand that waiving service of process does not affect my potential rights or interest in the underlying matter and that this solely constitutes as a waiver to service of process of the afore mentioned documents.

Date: _____

| | |
|---|---|
| | *Signature of the attorney or unrepresented party* |
| Hector Manuel Martinez | *[signature]* |
| *Printed name of party waiving service* | *Printed name* |
| | Xicothencal 400, 65200 Sabinas Hidalgo |
| | Nuevo Leon, MX |
| | *Address* |
| | |
| | *Telephone number* |

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

    Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

    "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

    If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

    If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| LETICIA GARZA GALVAN et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Case No. 7:18-cv-00113 |
| ROLANDO PABLOS et al. | ) | |
| *Defendant* | ) | |

## WAIVER OF SERVICE

To:                Jerad Najvar
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

    I have received your request to waive service in this action along with two copies of this waiver form, a copy of the Plaintiffs' Suggestion of Death, Notice of Hearing on March 19, 2019, Motion for Substitution as Plaintiff and supporting exhibits, and a prepaid means of returning one signed copy of this form to you.

    I agree to save the expense of serving a summons and complaint in this case.

    I understand that waiving service of process does not affect my potential rights or interest in the underlying matter and that this solely constitutes as a waiver to service of process of the afore mentioned documents.


Date: _____

Yoana Martinez
*Printed name of party waiving service*

*Signature of the attorney or unrepresented party*

*Yoana Martinez*
*Printed name*

110 Mercedes Dr.
Del Rio, TX 78840
*Address*

(830) 734-0297
*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

    Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

    "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

    If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

    If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| LETICIA GARZA GALVAN et al.<br>Plaintiffs,<br><br>v.<br><br>ROLANDO PABLOS et al.<br>Defendants. | § § § § § § § § § | Civil Case No. 7:18-cv-00113 |

## DECLARATION

1. My name is Yoana Martinez, and I reside at 110 Mercedes Dr., Del Rio, TX 78840.

2. I agree that Magaly Serna should represent and carry forward the claims in this case on behalf of Amelia Martinez.

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the statements contained in this verification are true and correct. Executed in Val Verde County, TX.

Date: March ____, 2019.

___Yoana Martinez___
DECLARANT NAME

_____
SIGNATURE

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

LETICIA GARZA GALVAN et al.
*Plaintiff*

v.

ROLANDO PABLOS et al.
*Defendant*

Civil Case No. 7:18-cv-00113

## WAIVER OF SERVICE

To: _____Jerad Najvar_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service in this action along with two copies of this waiver form, a copy of the Plaintiffs' Suggestion of Death, Notice of Hearing on March 19, 2019, Motion for Substitution as Plaintiff and supporting exhibits, and a prepaid means of returning one signed copy of this form to you.

I agree to save the expense of serving a summons and complaint in this case.

I understand that waiving service of process does not affect my potential rights or interest in the underlying matter and that this solely constitutes as a waiver to service of process of the afore mentioned documents.

Date: _____

*Rosalva Avila*
Printed name of party waiving service

*Rosalba Avila* (signature)
Signature of the attorney or unrepresented party

Rosalba Avila
Printed name

2210 Ave K
Rosenberg, TX 77471
Address

(281) 690-3839
Telephone number

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

LETICIA GARZA GALVAN et al.
Plaintiffs,

v.

ROLANDO PABLOS et al.
Defendants.

§
§
§
§
§
§
§
§
§

Civil Case No. 7:18-cv-00113

**DECLARATION**

1. My name is Rosalva Avila, and I reside at 2210 Ave K, Rosenberg, TX 77471.

2. I agree that Magaly Serna should represent and carry forward the claims in this case on behalf of Amelia Martinez.

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the statements contained in this verification are true and correct. Executed in Val Verde County, TX.

Date: March ____, 2019.

___Rosalva Avila___
DECLARANT NAME

*[signature: Rosalba Avila]*
SIGNATURE