United States District Court
Southern District of Texas
**ENTERED**
June 17, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| FEDERICO FLORES, JR., MARIA GUERRERO, AND VICENTE GUERRERO ) ) ) VS. ) ) DAVID WHITLEY, in his official ) capacity as Texas Secretary of ) State, AND ARMANDINA MARTINEZ, ) ALMA GARCIA, ALICIA DOUGHERTY ) NO. 1, ALICIA DOUGHERTY NO. 2, ) YOLANDA MARTINEZ ) | CIVIL ACTION NUMBER M-18-113 |

O R D E R

Defendant Texas Secretary of State's "Unopposed Motion to Modify Scheduling Order" having been presented to the Court, the Court is of the opinion that said motion should be granted to the extent stated below.

It is, therefore, ORDERED, ADJUDGED and DECREED that the time for completion of discovery in this case is extended until July 15, 2019.

The motions hearing previously scheduled for July 23, 2019, is reset to September 18, 2019, at 4:00 p.m. before this Court, in the Eleventh Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83, in McAllen, Texas.

The deadline for filing of motions is extended until July 29, 2019.

DONE on this 15th day of June, 2019, at McAllen, Texas.

*[signature]*

Ricardo H. Hinojosa
UNITED STATES DISTRICT JUDGE