```
              IN THE UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF TEXAS
                      MCALLEN DIVISION
```

FEDERICO FLORES, JR.,            §
MARIA GUERRERO, and              §
VICENTE GUERRERO,                §
    Plaintiffs,                  §
                                 §
                                 §   CIVIL ACTION NO.7:18-cv-113
                                 §
v.                               §
                                 §
TEXAS SECRETARY OF STATE and     §
ARMANDINA MARTINEZ, ALMA         §
GARCIA, ALICIA DOUGHERTY NO.     §
1, ALICIA DOUGHERTY NO. 2,       §
YOLANDA MARTINEZ,                §
    Defendants.                  §

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL DEPOSITION OF

MARIA GUERRERO

JULY 25, 2019

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL DEPOSITION OF MARIA GUERRERO, produced as a witness at the instance of the Defendant, and duly sworn, was taken in the above-styled and -numbered cause on the July 25th day of July, 2019, from 12:01 p.m. to 12:38 p.m., before TOI K. DOWELL, CSR, in and for the State of Texas, reported by machine shorthand at the home of Vicente Guerrero and Maria Guerrero, 19 Florez Street, Roma, Texas, 78584 pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

## Page 2

A P P E A R A N C E S

FOR THE PLAINTIFFS:
Ms. Marty Vela
NAJVAR LAW FIRM
2180 North Loop West, Suite 255
Houston, Texas 77018-8014
Phone (281) 404-4696
Email: jerad@najvarlaw.com

FOR THE DEFENDANTS:
Mr. Michael R. Abrams
ASSISTANT ATTORNEY GENERAL
Office of the Attorney General-019
General Litigation Division
Post Office Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: (512)463-2120
Email: michael.abrams@oag.texas.gov

Mr. Jose Garza
GARZA GOLANDO MORAN
405 North Saint Mary's Street, Suite 700
San Antonio, Texas
Phone: (210)892-8543

ALSO PRESENT: Nelson Troncoso, Interpreter

## Page 3

I N D E X

Appearances........................................... 2
MARIA GUERRERO
   Examination by Mr. Abrams......................... 4
   Examination by Mr. Garza.......................... 15
   Examination by Ms. Vela........................... 19
   Examination by Mr. Garza.......................... 20
Changes and Signature Page............................ 21
Reporter's Certificate................................ 23

E X H I B I T S
NO.  DESCRIPTION                              PAGE
1    Declaration                               7
2    Notice of Rejected Ballot                 12

## Page 4

(The Interpreter was duly sworn)

MARIA GUERRERO, having been first duly sworn, testified as follows:

EXAMINATION
BY MR. ABRAMS.

Q  Good afternoon. Can you please state your name for the record.

A  Marie Rosa Guerra.

Q  My name is Michael Abrams, and I represent the Texas Secretary of State in this case.

A  Okay.

MR. JOSE GARZA: I'm Jose Garza, and I represent several of the defendants.

Q  (By Mr. Abrams) Ms. Guerrero, have you ever been deposed before?

A  Never.

Q  So I just want to go over a few of the, sort of, ground rules of how depositions work just to help us go smoothly.

A  Okay.

Q  So one thing is to give clear, verbal answers to the questions rather than shaking your head, and that's so that the court reporter can get a clear record of what's happening.

And obviously we are working through a translator,

## Page 5

but please let me finish my question, and then have the translator finish the translation before you start, and then I will wait until you finish and the answer's been given before we move onto the next question.

A  Okay.

Q  And you understand that you are under oath today, and it is the same duty to speak the truth as if you were under oath in court?

A  Okay.

Q  If you need to take a break, please let me know. I don't think today's deposition is going to go very long; but if we ever need to take a break, just let us know and we'll find the time to take a break.

A  Okay.

Q  Have you ingested anything or taken any medication that would prevent you from understanding the questions that are being asked today?

A  Just -- just my medication for blood pressure and my heart.

Q  And so you are able to understand and respond to the questions that are being asked today; is that right?

A  Yes. Yes.

Q  Ms. Guerrero, what did you do to prepare for today's deposition?

A  Nothing. Just wait.

**Page 6**

1  Q   Did you review any documents prior to the
2  deposition?
3  A   No.
4  Q   Did you meet with any attorneys before the
5  deposition?
6  A   No.
7  Q   Ms. Guerrero, are you currently employed?
8  A   No.
9  Q   When was the last time you were employed?
10 A   Well, many years ago.
11 Q   What did you do?
12 A   Work on the fields.  Lettuce.
13 Q   Okay.  When did you move to Starr County?
14 A   It's been like 40 years already.
15 Q   And were you born in Starr County?
16 A   No.  In Mexico, but I became a United States
17 citizen already.
18 Q   And when did you become a United States citizen?
19 A   I don't remember the date, but it's been like
20 20-something years ago.  I'm not quite sure how many years.
21 Q   And Ms. Guerrero, are you married?
22 A   Yes.
23 Q   And your husband is Vicente Guerrero?
24 A   Yes.
25 Q   How long have you been married?

**Page 7**

1  A   Sixty years.  Too much.
2  Q   And do you have any children?
3  A   Yes.
4  Q   How many children?
5  A   Four.  Two males and two females.  Yesterday was
6  five months that one of my daughters passed away.
7  Q   I'm very sorry -- sorry for that.
8  A   Thank you.
9  Q   Ms. Guerrero, what -- what claim -- well, I mean --
10 let me back up.
11     Are you the plaintiff in a lawsuit brought against
12 the Secretary of State and various officials for the early
13 ballot -- ballot written board?
14 A   Yes.
15 Q   And what claims are you bringing in this lawsuit?
16 A   Because they are saying that that is not the
17 signature for that vote, but that is the signature.
18         (M. Guerrero Exhibit No. 1 was marked.)
19 Q   (By Mr. Abrams)  I've handed you what we'll mark as
20 Exhibit 1 of your deposition which -- oh -- which I'll
21 represent to you is a Declaration that you have given in
22 this case.
23     Can you please review the Declaration and verify
24 that this is your signature on the bottom?
25 A   Oh, yes, this is me.  Like I was telling Mrs. -- to

**Page 8**

1  the attorney over here, every time I sign, I don't write my
2  complete name, Rosa.  I just put the R.
3  Q   And do you see the handwriting on Bullet 4?
4  A   This right here (indicating)?
5  Q   Yes.
6  A   Yes.  It's in English, right?
7  Q   Did you write this?
8  A   No, no.  I don't know how to write like this.
9  Q   Okay.  Well, what it says is that you were home
10 with your husband when you voted in the March 2018 primary
11 election, and that we both signed the application and the
12 ballot envelope.
13 A   Yes, uh-huh.
14 Q   So is that statement accurate?
15 A   Well, not mine nor my husband's either.
16 Q   I'm sorry.  What do you mean by that?
17 A   What do you mean?
18     THE INTERPRETER:  You're asking if that's
19 correct?
20     MR. ABRAMS:  Yeah, if that statement is
21 correct.
22 A   Okay.  Well, I don't know.  I did not write this.
23 Q   (By Mr. Abrams)  Okay.  Let me -- I can take a step
24 back.
25     Ms. Guerrero, are you eligible to vote in Starr

**Page 9**

1  County?
2  A   Yes.
3  Q   And are you registered to vote in Starr County?
4  A   Yes.
5  Q   And do you ever vote in person?
6  A   Yes.  At the beginning.
7  Q   And do you ever vote by mail?
8  A   Yes.  Several times.
9  Q   In the March 2018 primary elections, did you vote
10 by mail or submit -- did you submit an application to vote
11 by mail?
12 A   My, gosh, I don't remember that well, but I think
13 so.  It's been, like, two or three years that I've been
14 voting by mail.
15 Q   Turn to the next page of this document.
16     Do you recognize this document?
17     THE INTERPRETER:  This one.
18 A   This one right here (indicating)?
19 Q   (By Mr. Abrams) Yes.
20 A   Okay.  I see my signature here, too.
21 Q   If you look at Box 10 -- yeah, it's at the bottom
22 there.
23 A   This one right here.
24 Q   Is that your signature?
25 A   And this is my phone number.

```
                                                    10
 1   Q   And do you see where you've signed your name in Box
 2   10?
 3   A   Right here?
 4   Q   Yes.
 5   A   Yes.
 6   Q   Is that your signature?
 7   A   Yes.
 8   Q   And I notice that you didn't -- your last name
 9   doesn't have your full -- it doesn't state your full name.
10       Is there a reason for that?
11   A   Guerrero, yes, it's there.  Guerrero.
12   Q   If you go back to the first page of your
13   Declaration, it says that you -- it says that you left out
14   some letters of your last name because you did not want to
15   write over the word "date."
16   A   Oh, yes.  Yes.
17   Q   So if you look back on the next page, on Page 2.
18   A   This one?  Yeah, because I didn't want to write
19   over this; so, that's why I wrote it like this.
20   Q   So you did leave off a few letters of your last
21   name in your signature?
22       MS. VELA:  Objection, form.
23   A   Just an R.  That's it, or is it --
24   Q   (By Mr. Abrams)  And if you turn to the last page
25   of the exhibit, do you recognize this document?
```

```
                                                    11
 1   A   Yes, because this is my signature.
 2   Q   Do you recognize this as a ballot envelope?
 3   A   Yes.  It can -- and this three.
 4   Q   And you signed the ballot envelope with your
 5   signature on the -- in the middle of the page there?
 6   A   Where?
 7   Q   At the top of the page?
 8   A   Right here?  Yes, this is my signature right here,
 9   and this one over here (indicating).
10   Q   Do you recall after submitting or -- do you recall
11   after signing your ballot application and signing the
12   envelope and you put the envelope in the mail or gave it to
13   another individual to put in the mail -- what -- what did
14   you do with the envelope once you signed it?
15   A   We put it in the mail.  Well, now I don't remember
16   if we put it in the mail or we gave it to the girl; but it
17   was already packed or closed.
18   Q   Okay.  And when you say, "gave it to the girl," who
19   is that?
20   A   I do know her, but I don't remember her name.  It's
21   just when they come here, just for this purpose.
22   Q   Do you recall receiving a notification that your
23   ballot had been rejected?
24   A   Yes.  Well, that was when the attorney came here,
25   and the other girl.
```

```
                                                    12
 1   Q   I'm not trying to ask any conversations you had
 2   with the attorney, but can you tell me who the attorney was?
 3   A   Well, he gave me his name but I forgot.
 4   Q   Was his name maybe Jared Najvar?
 5   A   I can't remember.
 6       (M. Guerrero Exhibit No. 2 was marked.)
 7   Q   (By Mr. Abrams)  I want to show you what we'll mark
 8   as Exhibit 2.  And I'll represent that this is a Notice of
 9   Rejected Ballot from the Early Voting Ballot Board.
10       Do you recognize this document?
11   A   I don't remember -- remember about this one.
12   March 6th?  I don't think this is my writing here because it
13   doesn't even have the R here.
14   Q   And I'll tell you, this is a notification to you
15   that your ballot had been rejected.
16   A   Oh.
17   Q   Do you recall receiving this document?
18   A   No.
19   Q   So how do you recall learning when -- how do you
20   recall learning that your ballot in the March 2018 primary
21   was rejected?
22   A   Because the attorney came here.  It was an attorney
23   and another lady.
24   Q   And do you recall who the other woman was?
25   A   No, I didn't -- I did not know her.
```

```
                                                    13
 1   Q   Did you reach out to the woman and the attorney
 2   first, or did they reach out to you?
 3   A   No.  They -- they came over.
 4   Q   Did you -- were you expecting them when they came
 5   over?
 6       MS. VELA:  Objection, form.
 7   A   No.  They suddenly showed up.
 8   Q   (By Mr. Abrams)  Do you recall when this was?
 9   A   No, I don't have the date.  They were here, but I
10   don't know when.
11   Q   Would you be able to say if it was about a couple
12   of months ago?
13   A   No.  More than that.
14   Q   Has it been a year since then?
15   A   No, not that much; but more than the two months.
16   Q   So sometime between two months and a year ago you
17   received this visit?
18   A   Yes.  They were here.
19   Q   ==And are you -- is it your testimony that at that==
20   ==time you learned that your March 2018 ballot had been==
21   ==rejected?==
22       ==MS. VELA:  Objection, leading.==
23   A   ==Yes.==
24   Q   ==(By Mr. Abrams)  And what did you do after that==
25   ==meeting?==
```

14
1    A    Well, nothing.
2    Q    So after learning that your ballot had been
3    rejected, did you reach out to anyone in the Starr County
4    clerk's office?
5    A    No.
6    Q    Did you reach out --
7    A    No.  I mean, I don't have -- you don't have any
8    knowledge of none of it.
9    Q    Did you reach out -- after you learned that your
10   ballot had been rejected, did you reach out to or speak with
11   anyone in the Texas Secretary of State's office?
12   A    No.
13   Q    Did you -- other than the attorney and the woman
14   who was at this meeting, did you speak with anyone about
15   your ballot being rejected?
16   A    No.
17   Q    Ms. Guerrero, do you intend to vote in future
18   elections?
19   A    Yes.
20   Q    Do you intend to vote by mail or to go in person?
21   A    Maybe I'll go in person.  I don't want these
22   problems anymore.
23   Q    So just to make sure I understand, it's your
24   testimony that in the future you may go and vote in person
25   instead of by mail?

15
1    A    Yes.
2    Q    Have you voted in any election since the March 2018
3    primary?
4    A    No.
5         MR. ABRAMS:  Uno momento.  Give me a minute.
6    I speak a little Spanish.
7    Q    (By Mr. Abrams) Ms. Guerrero, have you understood
8    the questions that I've asked you today?
9    A    Yes.
10   Q    And have I been courteous with you today?
11   A    Very courteous.
12        MR. ABRAMS:  Okay.  We will pass the witness.
13        MR. GARZA:  And I just have a couple of
14   questions -- follow-up questions.
15              EXAMINATION
16   BY MR. GARZA:
17   Q    First, if you could take a look again at the second
18   page of the first exhibit that you were shown.
19   A    This one?
20   Q    There, on the bottom of the page, it says -- that
21   is the name Modesta Vela.
22        Do you know who Modesta Vela is?
23   A    That was -- that was one of the people that showed
24   up here.  They came here.  This was when they brought the --
25   the envelope.

16
1    Q    This is the application to receive a mail-in
2    ballot.  Is that -- is that what you understand?
3    A    Yes.
4    Q    And do you remember when Ms. Vela and -- was
5    Ms. -- let me back up.
6         Was Ms. Vela with more than one person?
7    A    No.  It was two.
8    Q    Do you remember when they came to your house?
9    A    No, I don't remember which date when they -- they
10   came.
11   Q    Okay.  Did you know Ms. Vela?
12   A    I did not know her.  I met her here.
13   Q    Okay.  And do you remember the name of the -- of
14   the woman that was with her?
15   A    No.
16   Q    Did -- did you already have the form at your house,
17   or did they bring you the form?
18   A    They brought it to me, and they left it here.
19   Q    Okay.  If you could, turn the page -- to the last
20   page.  And do you know a Barbara Barrios?
21   A    Oh, yes, I do know her, yes.
22   Q    And how do you know her?
23   A    I had met her here in the area before.  She used to
24   sell shoes.
25   Q    And do you remember if she came to your house?

17
1    A    Yes, she was here before.  I never went to her
2    house.
3    Q    And did you see her sign this form?
4    A    This one here?  Yes.
5    Q    Okay.  And did you give her -- was she here by
6    herself, or did she come with other people?
7    A    With the other lady -- with that lady.
8    Q    So she came with Ms. Vela?
9    A    (Witness nods head.)
10   Q    They both came --
11        MR. GARZA:  So -- I'm sorry.  If she could
12   answer the question.
13   A    Yes.
14   Q    (By Mr. Garza) And so was the same two ladies that
15   came -- that brought you the application that came when they
16   picked up your ballot?
17   A    Yes.
18   Q    And did -- when you -- when you signed the
19   application, did they take the application with them?
20        MS. VELA:  Objection, form.
21        THE INTERPRETER:  When they signed?
22        MR. GARZA:  When she signed.
23   A    Yes, they took it, but it was already -- the
24   envelope was already closed.
25   Q    (By Ms. Garza) Did you put the stamp on the

                                                             18
1  application? We're talking about the application first.
2    A   You mean on the envelope?
3    Q   Yes.
4    A   No.
5    Q   And on the -- on the -- on the third page, where
6  you signed for the ballot -- or where you voted, did you
7  seal the envelope after you voted?
8    A   Yes.
9    Q   And did you put the stamp on the -- on the ballot
10 envelope?
11   A   I didn't have any.
12   Q   And so did Ms. Barrios and Ms. Vela, did they take
13 your ballot with them?
14   A   Yes.
15   Q   Did they witness how you voted?
16   A   No.
17   Q   Did -- when they came to pick up your ballot, did
18 you already have your ballot, or did they bring you a
19 ballot?
20   A   No. They brought it to me.
21   Q   Do you know how they got your ballot?
22       MS. VELA: Objection, form.
23   A   No. They've always been involved working with
24 ballots -- votes.
25   Q   (By Mr. Garza) So these two ladies have helped you

                                                             19
1  vote before?
2    A   Yes. The previous years, yes.
3    Q   And do you know if they had other ballots with them
4  when they came to your house?
5    A   No. I didn't notice that.
6    Q   You didn't see them carrying other ballots with
7  them?
8    A   No.
9    Q   And when they brought the application for you, did
10 you notice whether they had other applications with them?
11   A   No.
12       MR. GARZA: I don't have any other questions.
13       MS. VELA: I just have a few questions.
14              EXAMINATION
15 BY MS. VELA:
16   Q   Ms. Guerrero, would you vote by mail again if you
17 knew that your vote would be counted?
18   A   No. I'm going to go in person.
19   Q   And did the fact that your vote was rejected
20 influence your decision?
21   A   Yes, because it was -- the signature was real. It
22 was not false -- not a false signature or forged signature.
23       MS. VELA: Thank you. That's all I have.
24       MR. GARZA: I have one more question.
25

                                                             20
1              FURTHER EXAMINATION
2  BY MR. GARZA:
3    Q   And I'm sorry to ask. How old are you?
4    A   I'm going to be turning 80.
5        MR. GARZA: All right. Thank you.
6        MR. ABRAMS: I have no further questions.
7        (Deposition concluded)

                                                             21
1              CHANGES AND SIGNATURE
2  WITNESS NAME:_____ DATE OF DEPOSITION:_____
3  PAGE   LINE  CHANGE  REASON
4  _____
5  _____
6  _____
7  _____
8  _____
9  _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19 _____
20 _____
21 _____
22 _____
23 _____
24 _____
25 _____

22

1    I, MARIA GUERRERO, have read the foregoing deposition
2  and hereby fix my signature that same is true and correct,
3  except as noted above.
4
5            _____
             MARIA GUERRERO
6
7  STATE OF _____)
8  COUNTY OF _____)
9      Before me,_____, on this day personally
10 appeared MARIA GUERRERO, known to me (or proved to me under
11 oath or through_____) to be the person whose name
12 is subscribed to the foregoing instrument and acknowledged
13 to me that they executed the same for the purposes and
14 consideration therein expressed.
15     Given under my hand and seal of office this _____
16 day of _____, _____.
17
18
19
           _____
20         NOTARY PUBLIC IN AND FOR
           THE STATE OF _____
21
22
23
24
25

24

1     ____ was not requested by the deponent or a party before
2  the completion of the deposition.
3     I further certify that I am neither counsel for, related
4  to, nor employed by any of the parties to the action in
5  which this proceeding was taken, and further that I am not
6  financially or otherwise interested in the outcome of the
7  action.
8     Subscribed and sworn to on this the 29th day of
9  July, 2019
10
11           _____
             Toi K. Dowell, CSR No. 2768
12           Certified Expires 12/31/2019
             Integrity Legal Support Solutions
13           Firm Registration No. 528
             PO Box 245
14           Manchaca, TX  78652
             (512)320-8690
15           (512)320-8692 (fax)
16
17
18
19
20
21
22
23
24
25

23

1            UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF TEXAS
2                  MCALLEN DIVISION
3  FEDERICO FLORES, JR.,      §
   MARIA GUERRERO, and        §
4  VICENTE GUERRERO,          §
     Plaintiffs,              §
5                             §
                              §  CIVIL ACTION NO.7:18-cv-113
6                             §
     v.                       §
7                             §
   TEXAS SECRETARY OF STATE and §
8  ARMANDINA MARTINEZ, ALMA    §
   GARCIA, ALICIA DOUGHERTY NO. §
9  1, ALICIA DOUGHERTY NO. 2,  §
   YOLANDA MARTINEZ,           §
10   Defendants.               §
11             REPORTER'S CERTIFICATE
12       ORAL DEPOSITION OF MARIA GUERRERO
                 JULY 25, 2019
13
14    I, Toi K. Dowell, certified shorthand reporter in and
15 for the State of Texas, hereby certify to the following:
16    That the witness MARIA GUERRERO was duly sworn by the
17 officer and that the transcript of the deposition is a true
18 record of the testimony given by the witness;
19    I further certify that pursuant to the FRCP Rule
20 30(f)(1) that the signature of the Deponent
21    x  was requested by the deponent or a party before the
22 completion of the deposition and returned within 30 days
23 from date of receipt of the transcript.  If returned, the
24 attached Changes and Signature Page contains any changes and
25 the reasons therefore;