IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

LETICIA GARZA GALVAN, ET AL }
}
}
VS. } Case No. 7:18-cv-113
}
DAVID WHITLEY, in his Official Capacity as Texas Secretary of State, et al }

************************************************

ORAL DEPOSITION OF

FEDERICO FLORES, JR.

MAY 13, 2019

************************************************

ORAL DEPOSITION OF FEDERICO FLORES, JR., produced as a witness at the instance of the Defendant David Whitley, and duly sworn, was taken in the above-styled and numbered cause on the 13th day of May, 2019, from 2:09 p.m. to 3:24 p.m., before Tracie L. Carbajal, CSR in and for the State of Texas, reported by machine shorthand, at the residence of Federico Flores, Jr., located at 255 East Palmas Street, La Grulla, Texas, pursuant to the Federal Rules of Civil Procedure and the provisions attached hereto.

Exhibit 2
Plfs MSJ

APPEARANCES

FOR THE PLAINTIFFS:

Jerad Wayne Najvar
Austin Whatley
NAJVAR LAW FIRM, PLLC
2180 North Loop West, Suite 255
Houston, Texas 77018
Telephone: (281) 404-4696
E-mail: (unknown)

FOR THE DEFENDANT DAVID WHITLEY:

Michael R. Abrams
OFFICE OF THE ATTORNEY GENERAL - 019
Post Office Box 12548, Capitol Station
Austin, Texas 78711
Telephone: (512)463-2120
E-Mail: Michael.Abrams@oag.texas.gov

ALSO PRESENT:

Nelson Troncoso, Interpreter



INDEX


Appearances .................................. 2
FEDERICO FLORES, JR.
Examination by Mr. Abrams ................. 4
Examination by Mr. Najvar ................. 20
Examination by Mr. Abrams ................. 26
Reporter's Certificate ....................... 27


EXHIBITS

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| 1 | Notice of Deposition | 4 |
| 2 | Application for Ballot by Mail | 10 |
| 3 | Notice of Rejected Ballot | 11 |



(Per agreement of all counsel, Federal Rule 30(b)(5) Read-On was waived.)
(Exhibit No. 1 marked.)

FEDERICO FLORES, JR.,

having been first duly sworn, testified through a duly-sworn interpreter, as follows:

EXAMINATION

BY MR. ABRAMS:

Q. My name is Michael Abrams, and I represent Defendant David Whitley in this case. Could you please state your name for the record?
A. Federico Flores, Jr.
Q. Mr. Flores, how old are you?
A. Seventy-nine.
Q. Mr. Flores, have you ever been deposed before?
A. Just once -- one time. My boy was going to receive a settlement regarding insurance, and they put me under oath, and they were going to ask me questions.
Q. About how long ago was that?
A. It's been a long time already.
Q. So because of that, I just want to go through a couple of the ground rules of how depositions work so that this goes smoothly, especially with a translator here?
A. (Witness nods head up and down.)



Q. Okay. Please give a verbal answer and don't just shake your head or say "uh-huh" or "huh-uh" just so that the court reporter has a clean record.
A. Okay.
Q. Please let me finish my question before you start answering, and I will do the same of letting you finish your answer before I start my next question. If one of my questions isn't clear, please just ask me to rephrase it, and I'll try to find a better way to say it. And you understand that you are under oath today, and it would be the same oath as if you were in court?
A. Yes.
Q. And, also, this isn't a marathon, so if you need to take a break, I understand. We're not in a rush, so just let me know and we'll get to a good breaking point and then we can take a break.
A. Okay. Fine.
Q. Is there any reason you wouldn't be able to understand my questions today and give full and honest answers?
A. Well, no. I mean sometimes I do understand what you're saying, but I cannot talk too much or express myself much in English, but if we're going to have the translator here, then I will be answering.
Q. And you understand that we'll be using the



Exhibit 2
Plfs MSJ

translator for all of your answers so that everything you say should be in Spanish and everything I say will be in English?
A. Okay. Yes.
Q. This is -- even though I speak a little bit of Spanish myself, but I'm not good enough to ask the questions to you in Spanish.
Mr. Flores, what did you do to prepare for today's deposition?
A. Well, nothing. I haven't done anything. Just waiting.
Q. Did you review any documents?
A. No.
Q. Okay. Mr. Flores, I just want to go through a little bit of background about your life, and then we can kind of get to the specific issues in this case. Mr. Flores, how long have you lived in La Grulla?
A. Well, we can say all of my life; since I was a little boy. I mean, we used to live with an aunt. We didn't have a house, but then I got married, so I've always lived here.
Q. So you've lived here, is it fair to say, most of your adult life?
A. Yes.
Q. And are you currently employed?



A. No.
Q. Okay. What was your career or occupation?
A. Well, I worked out in the fields, but I also had this career or profession in TV and radio repairs. I did that work in Rio Grande City.
Q. And you mentioned that you were married?
A. Well, I haven't mentioned it, but, yeah, I was married, but she passed away. My wife passed away.
Q. And do you have any children?
A. Yes.
Q. How many?
A. Well, now there are five. It used to be six.
Q. Do any of them live in La Grulla?
A. Well, all of them live outside the state. Only one of them -- one of my daughters, who's a teacher, lives on the other side of Expressway 83 in La Victoria.
Q. Mr. Flores, do you recall when you first registered to vote?
A. No.
Q. Are you currently registered to vote?
A. Yes.
Q. What was the last election that you recall voting in?
A. Well, exactly, I don't know which ones. I mean, I don't want to lie, and we haven't had any recent



elections.
Q. For how long, approximately, do you know -- let me start that over. For how long, about, have you been voting in Starr County?
A. Well, I've been voting for a long time. I can say that maybe I've been voting since I've lived here. I voted when I was single and after being married.
Q. Would it be fair to say you've been voting for more than ten years?
A. More than that, yes.
Q. Maybe more than 20?
A. Yes. I'm almost 100 years old. I'm going to be 80.
Q. Uh-huh. Mr. Flores, I don't want to ask you anything that involved a specific conversation with your attorney, but I do just want to understand how you came to know about this lawsuit. Could you just tell me a little bit about how you came to be aware of this litigation?
A. Well, Amalia is the one that brought me that paper so I could vote, but then I had the stroke so I couldn't sign the way I used to, so that's why they thought that this is not my signature. That led to all of this. That's why we're here. As a matter of fact, I have numbness in my hands. Right now I can move them a



little bit, but I can't sign like I used to before.
Q. You mentioned Amalia. What is Amalia's last name?
A. Her last is Gonzalez through her husband's last name.
Q. And is she a friend?
A. Well, concuna. It means that I married her husband's sister.
THE INTERPRETER: There's no direct translation for that word, concuna. I've looked it up, but that's what it means.
BY MR. ABRAMS:
Q. I want to -- you said a lot of information there, so I want to kind of unpack some of that. Which election were you referring to there?
A. Well, I didn't pay attention. I mean, I've always voted. I vote here from the house all the time. They always bring me that form, but I don't remember which that one was.
Q. So when you say you vote by the house in the home, do you mean that you vote by mail?
A. Either that or that person that brings me the form that picks it up for me, and that person takes it.
Q. But it's still a mail ballot, correct?
A. Yes.

Q. How long have you been voting by mail?
A. Well, I mean, I've done it for a long time. It's been several times, but I don't remember exactly a number. Right now, with the condition that I have in my legs, sometimes I get lazy so they just bring me the form here to the house because I have to -- if not, I have to be with the walker.
Q. Do you know about how many times, if any, your ballot has been rejected when you voted by mail?
A. No. Just this time, and that was because I got the stroke and I couldn't sign the way I used to sign before on previous occasions.
Q. And when you say "this time," do you know if that would be the March 2018 Democratic Primary?
A. Well, it was my last vote, my last participation because, then, we had all of this issue, and that's when they saw that my signature was not the same. It wasn't familiar. It was not the same as my previous signatures, and that's because I had the stroke and I had a condition in my hands.
(Exhibit No. 2 marked.)
BY MR. ABRAMS:
Q. I would like to show you what we'll mark as Exhibit 2. Just take a moment and look it over, please.
A. Is this the one where I voted, because I see my



signature here?
Q. Well, let me ask you, can you please look at it and see if you recognize what -- this is a copy of a document, but could you see if you recognize what this document is?
A. Yes; yes. I mean, my signature is right there. I would have signed it. I must have signed it. It's fine. It's my signature.
(Exhibit No. 3 marked.)
BY MR. ABRAMS:
Q. Mr. Flores, is the first page of this document your Application to Vote by Ballot -- Ballot by Mail in the -- in the Democratic Primary Election?
A. Well, I think so, because I used to get them by mail, and then that person brought me the other form, and I told him that I already had it. Then I filled it out, and we put it back in the mail.
Q. Okay. So if you look at -- let's just go through the application. If you look at the first box, is that your name there, Federico Flores, Jr.?
A. Yes; yes.
Q. And the second box, where it lists -- asks for your residence, is that your residence, 255 East Palmas Street?
A. Yes; yes.



Q. And in the fourth box, where it asks for your date of birth, is that your birth date, October 3rd, 1939?
A. Yes; yes.
Q. Okay. And it says -- in box five, you checked that the reason for voting by mail is that you are 65 years or older, correct?
A. Well, yes. I mean, I'm older, but for sure, yes.
Q. And let's skip to box ten. And it says -- there's a signature line that says, "I certify that the information given in this application is true, and I understand that giving false information in this application is a crime," and then there's your -- it looks like someone has signed it, correct?
A. Yes, this is my signature right here.
Q. And it's dated, as well, correct?
A. Well, 12-28-17.
Q. Okay. Did you sign this application?
A. Yes, and that's when I had my issue with my hands, and it may look a little bit different. I mean, there's not really too much difference, just a little bit off.
Q. The medical issues you were having with your hand, how long has that been going on?
A. Well, first -- ever since I had the first



stroke -- the first stroke. I don't have an exact date. I didn't really pay attention to that, but ever since I had that, I've had problems with my hands, my knees, and now I need to depend on the walker. I didn't use to depend on the walker before.
Q. Was your first stroke before 2017?
A. I believe so. It's been a long time already because I'm just here at the house. This is where I spend -- this is my space. I mean, I don't really -- unless I have to go to a doctor. I have to wait for somebody -- a ride, and somebody assists me because the tall (sic) is somewhat high, and I've already fallen several times, so somebody has to help me.
Q. In box 11 on this document, you list a witness of Andres Jesus De Leon; is that correct?
A. Well, I did not list him.
Q. Okay. Was Mr. De Leon in the room or next to you when you were signing your application?
A. No. I signed here in the house.
Q. So just to clarify, Mr. De Leon did not sign your application?
A. Not when I signed, no, I mean, because I signed here. This is my signature right here, but over here, I mean, I don't know.
Q. If you could turn to the second page.

A. (Witness complies.)
Q. And I'll represent to you that this is a document received from your attorney of the -- it's a printout of the carrier envelope that accompanied your application, the ballot -- that accompanied the ballot. I apologize. Do you recognize your signature on this document?
A. Yes.
Q. Do you know if you signed this document, the carrier envelope?
A. Yes.
Q. And this was for the Primary Election, right?
A. Uh-huh.
Q. Is that a yes?
A. Yes.
Q. Mr. Flores, how were you notified that your ballot in the March 2018 Democratic Primary was being rejected?
A. Well, this person, Amalia, she brought me this and said that it had been rejected because of my signature. Not only mine. Several forms -- ballots had been rejected, and, I mean, that they were going to look into this and check. I mean, I agree because, I mean, I wasn't signing the same way due to the condition on my hands.
Q. So would you say that there's a difference in



your signature between the application and the carrier envelope?
A. Well, I mean, for example, here on the F -- the F, I mean, I try to -- it could be that the F -- I slipped there, but, I mean, I try to sign the same way all the time, but I know that's my handwriting.
Q. I want to show you what we'll mark as Exhibit 3, and this is a Notice of Rejected Ballot that states that your ballot in the Primary has been rejected; is that correct? Do you recognize this document as saying that?
A. Yes; yes.
Q. Do you recall receiving this document?
A. Well, the lady that brings me the form to cast my vote, she lives right here. She's the one that told me that my signature was not the same, that they were going to reject it. Not only mine. Several were rejected, and I told her, "Well, it could be because I didn't -- I couldn't sign the same way because of numbness in my hands."
Q. Was -- is that -- is that person Amalia Gonzalez?
A. Yes. She likes -- I mean, she likes politics. She's involved in politics, and she -- I mean, if she supports -- she's the kind of a person if she supports a candidate, then they'll come and they'll take you to vote and bring you back.



Q. Do you let Amalia Gonzalez check your mail?
A. No, I don't. I'm the only one who has the key to my mail.
Q. Okay. So how did Amalia Gonzalez receive the Notice of Rejected Ballot?
A. Well, because, like I said, she likes to be involved in elections and taking people -- take people to vote from here and there, and -- if people don't have a car, they'll bring them back, or they'll bring you the ballot, the form so you can fill it out and -- but she's -- then she's the one that said that the signature was rejected. I told her, "Well, yeah it may be different because of the numbness to my hands."
Q. Does -- do you know whether Ms. Gonzalez works for Starr County?
A. No; no. I don't think so, no.
Q. What does Ms. Gonzalez do; do you know?
THE INTERPRETER: Let me clarify one thing.
A. No. She's -- I think she's already receiving her retirement benefits -- payments, and she just spends her time going to the daycare centers for adults.
Q. Mr. Flores, after you learned that your ballot was rejected, did you do anything in response to that?
A. No, because I never received anything back. For example, this ballot right here, I just saw it -- I just



saw it right now, but I never got anything back saying it was rejected. Now, here it does say that it was rejected, but I never saw anything.
Q. But you knew that your ballot was rejected because Amalia Gonzalez told you, correct?
A. Well, they said the issue was the signature, that it was different, that they were going to check that. And I told them, "Well, yeah, it could be because, I mean -- because of the issue with my hands." I mean, I'm not saying that I have pretty handwriting. Sometimes I struggle with the letters.
Q. So -- and I just want to make sure I understand. Once you learned that your ballot had been rejected, did you talk to anyone in Starr County about the issue that your ballot was rejected?
A. No. I don't leave the house. I'm just here.
Q. Did you speak with anyone on the Early Voting Ballot Board?
A. No.
Q. Did you talk with anyone in John Rodriguez' office in Starr County?
A. No.
Q. And just to go back to something, do you ever recall receiving Exhibit 3, the Notice of Rejected Ballot?


Exhibit 2
Plfs MSJ

A. No; no. I have not received it, no.
Q. But you did learn that your ballot had been rejected?
A. Well, we were just told that it was going to come back because the signature was not the same like I used to sign before, but I'm barely looking at it right now.
Q. And when you say, "We were told," who told you?
A. Amalia was the one that came and told me that they did not accept my signature, and I told her it could be -- it could be a little bit different because ever since I had the stroke, I don't write the same. I mean, it's been a long time already, and I still have numbness in my hands. I used to drop everything out of my hands. At least now I can grab something or if -- pay more attention. That way, I can -- I won't drop the fork or the spoon or anything.
Q. And have you voted in any elections since your ballot was rejected?
A. No; no.
Q. Do you intend to vote in future elections?
A. Well, I mean, I do have my registration card, my ID where I can show it and present it, and I can vote. If I like that candidate, then I'll vote. If not, they don't let me vote, then that's okay, but, I mean, I have the right to vote. I'm a U.S. citizen. I've never been



rejected for that, not been allowed to vote. I've always voted. I've always shown my ID.
Q. Let me just try to ask that again just to clarify. In the future, if there's another election in Starr County, would you like to -- do you intend to participate in a future election if there's one in Starr County?
A. Yes. I'll just show them my registration card, and, I mean, if they take it, that's fine. If not -- and if not, then, I mean, I will ask them, "Why? How come you're not letting me vote," if they reject me. I mean, they should let me vote. If not, I'll just go back to Mexico like La India Maria.
Q. Have you had any communications with the Texas Secretary of State's Office?
A. No.
Q. Have you had any communications with the Early Voting Ballot Board?
A. No.
Q. This might be a shorter deposition than a lot of them. If you wouldn't mind giving me five or ten minutes to look over my questions and then we'll probably be done pretty soon.
A. Take your time. That's fine. No rush.
MR. ABRAMS: We'll go off the record.



(Recess from 2:53 p.m. to 2:59 p.m.)
BY MR. ABRAMS:
Q. Just a few quick clarification questions. You were registered to vote at the time of the March 2018 Primary, correct?
A. Yes.
Q. After you learned that your ballot was rejected, did you attempt to speak with an attorney about the fact that your ballot was rejected?
A. No; no.
Q. Hold on one second.
MR. ABRAMS: Will pass the witness.

EXAMINATION

BY MR. NAJVAR:
Q. Okay. Mr. Flores, I'm just going to have a few quick questions of my own. You -- you said earlier that if there's a candidate that you like in another election in the future, that you would like to vote; is that correct?
A. Yes.
Q. Will you vote by mail again?
A. Well, I'm going to try to go in person this time. This way, I avoid more issues like this, more problems. That way they accept -- they accept me. Then I'll be taking my card to vote.



Q. Okay. Well, if -- is that more difficult for you to go in person?
A. Well, yes, I mean, but I'll make an exception. I mean, they -- they'll come and pick me up by car and take me to the voting ballots, and I'll vote there. Then they'll bring me back. That's the way they do it when they take me to the doctor. They pick me up; they assist me.
Q. Well, let me ask you this, Mr. Flores. If there were a better process for voting by mail where you could confirm that it was your ballot, would you -- would you still like to vote by mail?
MR. ABRAMS: Objection; form. You can still answer.
A. Well, no, because, I mean -- I mean, even if it's better, and if I vote again, and then I'm going to have this problem again, this issue, so I'll just go in person to the voting ballots over there. I'll just have one of my sons take me and bring me back.
Q. Okay. Well, let me ask you this. Do you think -- did anybody from the elections -- did any election official call you to try to confirm whether that was your signature on the carrier envelope?
A. No.
Q. Do you think that before the election officials



Exhibit 2
Plfs MSJ

can reject your ballot by comparing the signatures if they think there's a difference, would you -- would you like for them to call you to confirm that you voted?

A. Well, I say that they should have called to confirm, and that way I could have a chance to tell them. I mean, I don't see no difference here, and I was -- I already had my -- the condition on my hands.

Q. Is it possible that at some point your health could be such that it would -- it would be impossible for you to go vote in person?

A. Well, that could be, I mean, because, I mean, if I already had a stroke, I could get another one again. I have heart problems. I think they want to insert one of those little machines here in my heart, but they haven't approved it. If not, then I won't vote anymore. I mean, I don't think I have much -- too long to live anyway.

Q. Well, let me -- Mr. Flores, so -- I'm going to ask you a hypothetical question, as if you could talk to the judge right now, okay? If the judge were sitting here at the table right now, the judge in McAllen, and he could tell you, "Mr. Flores, I'm going to change the law so that the election officials have to call you to ask you if you really signed your ballot before they throw it in the trash," would that give you more



confidence in voting by mail in the future?

MR. ABRAMS: Objection; form.

A. Well, honestly, no, because, I mean, I think this is too much. I mean, I don't see that much difference in my signature. I wish I had other paperwork where I had my signature that I could show you, and you could see -- would be able to see that there's not much difference in the way I sign.

Q. Okay. So I want to make sure I understand because earlier you said that you've -- in recent elections, you have voted by mail; is that true?

A. Well, yes, because, I mean, it's not that I'm lazy, but because of the condition with my legs, I wanted to take advantage that I could vote this way and avoid going in person. But I know now that next time I will just tell one of my sons to take me and help me through the voting process, help me there and then avoid all of these problems.

Q. Okay. And when you say "all of these problems," what do you mean?

A. Well, I mean, all of this right here, I mean, these problems. That's what we're here for because of that signature. If it wasn't for that, I mean, there wouldn't be any problem. We would have resolved it already.



Q. Do you feel, Mr. Flores, like you have done something wrong?

A. Well, no. I don't think so, no, because, I mean, I say that's my signature. It's almost the same. Maybe there's a slight difference in one of the letters, but I would say it's the same.

Q. Okay. So what if one day in the future it's harder for you to walk or for whatever reason it's impossible for you to go to vote in person, will you just not vote at all at that time?

MR. ABRAMS: Objection; form.

A. Well, no. I mean, I have to find a way. I mean, I have my -- to participate in voting. I have my sons. I will just tell one of them to take me, and they'll help me get off the car over there. I have gone voting before to the school, to that small house that's there, but I'm not going to trust anyone again.

Q. Okay. Just let me have a moment with my notes now.

(Recess from 3:13 p.m. to 3:18 p.m.)

BY MR. NAJVAR:

Q. Okay. Mr. Flores, so if there were an election in the future and none of your family and nobody else could take you to vote in person, would you like to have -- would you consider -- would you vote by mail at



that time?

MR. ABRAMS: Objection; form.

A. Well, yes, I mean, as long as that person is -- I mean, you trust that person who's going to take you; you know that person. Sometimes you don't know who comes to get you or who's going to bring you back.

Q. Well, I'm asking you if there's nobody to take you to vote in person and -- would you like to vote by mail in that instance?

A. Well, no, I wouldn't like to vote like that again. I mean, there's no reason why I wouldn't be able to go and vote like that. It's not that far, just to that small house that's there, unless you're ill, but I'm fine -- if I'm fine, I can go in the car. Maybe I'll buy a hamburger on the way back.

Q. Okay. Mr. Flores, I see that you use a walker here in the house when you move around. How long have you used the walker?

A. Well, it's been a while already. I mean, I have two of them. The other one doesn't have any wheels, but I need it because I may fall down. I've used it since I was left with this condition, and I'm afraid to fall down, and they're things that I need to ambulate because, also, the house is somewhat elevated.

Q. Okay. And I think this is my last question, or

last couple of questions, but you mentioned earlier that you can't trust somebody. Who were you talking about?

A. No. I meant -- I mean, why do you need someone to come and invite you over to vote? I would just tell one of my sons to take me. I don't -- I don't need that, and it's just to that voting ballot. It's just small stations or houses. Whoever wants to go vote, you can go vote there.

MR. NAJVAR: Okay. No further questions.

EXAMINATION

BY MR. ABRAMS:

Q. Just really fast. You mentioned your sons. Where do your sons live?

A. Well, just one of my daughters. She's a teacher. She lives on the other side in La Victoria. The rest live outside the state. One is in California; another one in Indiana; and the other one in Illinois. They only come here in December.

MR. ABRAMS: No further questions.

MR. NAJVAR: No further questions.

(Proceedings concluded at 3:24 p.m.)

(According to Federal Rule 30(e)(1), deponent or party must request to read and sign before the deposition is completed. Since this was not done, signature is considered waived for this transcript.)



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

LETICIA GARZA GALVAN, }
ET AL }
}
VS. } Case No. 7:18-cv-113
}
DAVID WHITLEY, in his }
Official Capacity as }
Texas Secretary of State,}
et al }

REPORTER'S CERTIFICATION

THE STATE OF TEXAS:
COUNTY OF HIDALGO:

I, Tracie L. Carbajal, a Certified Shorthand Reporter in and for the State of Texas, hereby certify to the following:

That the witness, FEDERICO FLORES, JR., was duly sworn by the officer and that the transcript of the oral deposition is a true record of the testimony given by the witness;

That the original deposition was delivered to Michael R. Abrams;

That the amount of time used by each party at the deposition is as follows:

Jerad Wayne Najvar - 0 hours, 18 minutes
Michael R. Abrams - 0 hours, 46 minutes

I further certify that I am neither counsel for, related to, nor employed by any of the parties in the



action in which this proceeding was taken, and further that I am not financially or otherwise interested in the outcome of the action.

GIVEN UNDER MY HAND AND SEAL OF OFFICE, on this the 23rd day of May, 2019.

______________________________
TRACIE L. CARBAJAL, Texas CSR 2885
Expiration Date: 12/31/19
Integrity Legal Support Solutions
Firm Registration No. 528
3100 W. Slaughter Lane Suite A 101
Austin, Texas 78748
(512)320-8690
(512)320-8692 (fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| LETICIA GARZA GALVAN et al.,<br>*Plaintiffs*,<br><br>v.<br><br>DAVID WHITLEY, in his official capacity as Texas Secretary of State, et al.<br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 7:18-cv-113 |

**DEFENDANT'S AMENDED NOTICE OF INTENTION TO TAKE THE ORAL DEPOSITION OF FEDERICO FLORES, JR.**

TO: Plaintiffs, by and through their attorney of record, Jerad Wayne Najvar, Najvar Law Firm, PLLC, 2180 North Loop West, Suite 255, Houston, TX 77018.

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 30, Defendant David Whitley, in his official capacity as Texas Secretary of State ("Defendant") will take the oral deposition of Federico Flores, Jr. on **May 13, 2019** beginning at **2:00 p.m.,** at 255 E. Palmas Street, La Grulla, Starr County, Texas, 78548. The deposition will continue from day-to-day until the deposition is complete.

The deposition will be recorded by an authorized court reporter and officer authorized to administer oaths. **A Spanish-English translator will also be provided**. The answers, and documents referenced during the deposition may be read and used in evidence on the trial of this cause in accordance with the Federal Rules of Civil Procedure. A representative of the Deponent may also be present.






Exhibit 2
Plfs MSJ

# Application for Ballot by Mail

Prescribed by the Office of the Secretary of State of Texas AS-15e 08/15 173711

For Official Use Only: VUID #, County Election Precinct #, Statement of Residence, etc. Pct 9 #1005 31329

**1** Last Name (Please print information): Flores | Suffix (Jr., Sr., III, etc): Jr | First Name: Federico | Middle Initial:

**2** Residence Address: See back of this application for instructions. 255 E. Palmas ST | City: Grulla | TX | Zip Code: 78549

**3** Mail my ballot to: If mailing address differs from residence address, please complete Box # 7. P.O. Box 411 | City: Grulla | State: Tx | Zip Code: 78549

**4** Date of Birth (mm/dd/yyyy) (Optional): 10/03/1939

**5** Reason for Voting by Mail:

- [x] 65 years of age or older. (Complete Box #6a)
- [ ] Disability. (Complete Box #6a)
- [ ] Expected absence from the county. (Complete Box #6b and Box #8) You will receive a ballot for the upcoming election only.
- [ ] Confinement in jail. (Complete Box #6b) You will receive a ballot for the upcoming election only.

**6a** ONLY Voters 65 Years of Age or Older or Voters with a Disability:
If applying for one election, select appropriate box.
If applying once for elections in the calendar year, select "Annual Application."

- [ ] Annual Application

Uniform and Other Elections:
- [ ] May Election
- [ ] November Election
- [ ] Other ______

Primary Elections: You must declare one political party to vote in a primary.
- [x] Democratic Primary
- [ ] Republican Primary
- [x] Any Resulting Runoff

**6b** ONLY Voters Absent from County or Voters Confined in Jail:
You may only apply for a ballot by mail for one election, and any resulting runoff. Please select the appropriate box.

Uniform and Other Elections:
- [ ] May Election
- [ ] November Election
- [ ] Other ______

Primary Elections: You must declare one political party to vote in a primary.
- [ ] Democratic Primary
- [ ] Republican Primary
- [ ] Any Resulting Runoff

**7** If you are requesting this ballot be mailed to a different address (other than residence), indicate where the ballot will be mailed. See reverse for instructions.

- [x] Mailing Address as listed on my voter registration certificate
- [ ] Nursing home, assisted living facility or long term care facility
- [ ] Hospital
- [ ] Retirement Center
- [ ] Address of the jail
- [ ] Relative; relationship ______
- [ ] Address outside the county (see Box #8)

**8** If you selected "expected absence from the county," see reverse for instructions

Date you can begin to receive mail at this address: __/__/____ — Date of return to residence address: __/__/____

**9** Contact Information (Optional)*
Please list phone number and/or email address.
* Used in case our office has questions.

Notice to Voter: Effective September 1, 2015, you may submit a completed, signed and scanned application to the early voting clerk at
(early voting clerk's e-mail address)

**10** "I certify that the information given in this application is true, and I understand that giving false information in this application is a crime."

X Federico Flores Jr. Date 12 28 17

SIGN HERE
If applicant is unable to sign or make a mark in the presence of a witness, the witness shall complete Box #11.

EXHIBIT NO. 2
Hill & Romero

If someone helped you to complete this form or mails the form for you, then that person must complete th[e]

**11** See back for Witness and Assistant definitions.
If applicant is unable to mark Box #10 and you are acting as a Witness to the fact, please check this box and sign below. [ ]
If you assisted the applicant in completing this application in the applicant's presence or e-mailed/mailed or faxed the application on behalf of the applicant, please check this box as an Assistant and sign below. [ ]
*If you are acting as Witness and Assistant, please check both boxes. Failure to complete this information is a Class A misdemeanor if signature was witnessed or applicant was assisted in completing the application.

X Andres J. DeLeon — Signature of Witness/Assistant
X ANDRES JESUS DELEON — Printed Name of Witness/Assistant
204 A. Roosevelt st — Street Address | Apt Number (if applicable)
Rio GRANDE City — City
TX — State
78582 — Zip

Witness' Relationship to Applicant (Refer to Instructions on back for clarification)

Galvan 310

9

*Este formulario está disponible en Español. Para conseguir la version en Español favor de llamar sin cargo al 1.800.252.8683 a la oficina del Secretario de Estado o la Secretaría de Votación por Adelantad[o]*

Exhibit 2
Plfs MSJ

Galvan 311

... may not be used to return more than one voter's ballot. However, more than one carrier envelope may be placed together in another envelope if the additional carrier envelope(s) be[longi]ng to a per[son r]egistered to vote at the same address. This carrier envelope must be returned by mail [or by c]ommon or contract carrier, or in person by the voter on election day at the early voting c[lerk's o]ffice. **(Instrucciones al Votante:** Selle este sobre, y después firme su nombre en el [espac]io proporcionado abajo. Este sobre debe de ser sellado por el votante antes de que el votante lo entregue. No firme este sobre a menos de que la boleta haya sido llenada por usted, o bajo su dirección. **Este sobre oficial no debe ser utilizado para entregar la boleta de más de un solo votante.** Sin embargo, más de un solo sobre oficial puede ser colocado dentro de otro sobre si el sobre(s) oficial adicional le pertenece a un votante registrado para votar bajo la misma dirección. Este sobre oficial debe ser enviado por correo, por medio de un transportista público o comercial, o ser entregado en persona por el votante el día de la elección en la oficina del secretario de votación temprana.)

I certify that the enclosed ballot expresses my wishes independent of any dictation or undue persuasion by any person. (Certifico que la boleta adjunta expresa mis deseos independientemente de ningún dictado o persuasión indebida por parte de cualquier persona.)

**SEAL ENVELOPE AND SIGN OVER SEALED FLAP** ➔ X [signature]

**SIGNATURE OR MARK OF VOTER (FIRMA O MARCA DEL VOTANTE)**

**Instructions to Assistant:** A voter may only be assisted with reading or marking the ballot if they have a physical disability that renders them unable to write or see, or have an inability to read the language in which the ballot is written. If you are assisting the voter, you must read the oath and complete the section below, before assisting the voter. **(Instrucciones al Asistente:** Un votante puede recibir ayuda para leer o llenar la boleta solamente si el votante tiene una discapacidad física la cual le impide escribir o ver, o si no tiene la habilidad de leer el lenguaje en el cual la boleta está escrita. Si usted le proporcionará ayuda a un votante, usted debe leer el juramento y llenar la siguiente sección abajo, antes de asistir al votante.)

**Oath of Person Assisting Voter:** I swear (or affirm) that I will not suggest, by word, sign, or gesture, how the voter should vote; I will confine my assistance to answering the voter's questions, to stating propositions on the ballot, and to naming candidates and, if listed, their political parties; I will prepare the voter's ballot as the voter directs; and I am not the voter's employer, an agent of the voter's employer, or an officer or agent of a labor union to which the voter belongs. **(Juramento de la Persona Asistiendo al Votante:** Juro (o afirmo) que no sugeriré con palabras, señales, o gestos, la manera en la cual el votante debe votar; limitaré mi asistencia a responder las preguntas del votante, leer propuestas en la boleta, nombrar a los candidatos, y si es mencionado, su partido político; prepararé la boleta del votante de acuerdo a sus instrucciones; y yo no soy el empleador del votante, un agente del empleador del votante, o un oficial o agente de un sindicato al cual el votante pertenece.)

**Instructions to Witness:** You are serving as a witness for ______________________ (name of voter). You must complete the section below if you witness the mark of the voter, or if the voter cannot make a mark. If the voter cannot make a mark, check here ____. **(Instrucciones al Testigo:** Usted está fungiendo como testigo para ______________________ (nombre del votante). Usted debe llenar la siguiente sección abajo si usted fue testigo de que el votante firmó, o de que el votante no puede firmar. Si el votante no puede firmar, marque sus iniciales aquí ____.)

**Instructions to Person Depositing Carrier Envelope in Mail or to Common or Contract Carrier:** If you are assisting a voter by depositing the carrier envelope in the mail or with a common or contract carrier, you must complete the section below. **(Instrucciones a la Persona Quien Deposite el Sobre Oficial en el Correo o Entregue al Transportista Público o Comercial:** Si usted asistirá al votante a depositar el sobre oficial en el correo o con un transportista público o comercial, usted debe llenar la sección que aparece abajo.)

If you are an assistant or witness, check the appropriate box below and provide information: (Si usted es un asistente o testigo, marque la casilla correcta y proporcione su información):

☐ Assistant/Asistente
☐ Witness/Testigo
Signature (Firma) ____ Printed Name (Nombre impreso) ____ Street Address (Domicilio residencial) ____

☐ Assistant/Asistente
☐ Witness/Testigo
Signature (Firma) ____ Printed Name (Nombre impreso) ____ Street Address (Domicilio residencial) ____

Completed by Early Voting Clerk: Name of Election (Nombre de Elección): PRIMARY Election Pct 9 #100598329

Name of Voter (Nombre del votante): Flores Federico Date of Election (Fecha de Elección): 3/6/2018

REJECTED

Exhibit 2
Plfs MSJ

AW5-42
Prescribed by Secretary of State
Sec. 87.0431, Texas Election Code
3/07

# NOTICE OF REJECTED BALLOT

This is to serve as notice that your ballot for the Primary Election was rejected by the early voting ballot board and was not counted.

Name of Voter Federico Flores
VUID Number 1005981324

Reason for Rejection: (Check As Appropriate)

____ 1) Certificate on carrier envelope was not properly executed.
- ____ You failed to sign your signature or make your mark.
- ____ The witness failed to indicate on the envelope that you could not make a mark.
- ____ The assistant or witness failed to print their name.
- ____ The assistant or witness failed to sign their name.
- ____ The residence address of the assistant or witness was not given.

✓ 2) It was determined that the signature on the application for ballot by mail and carrier envelope was not signed by the same person.

____ 3) Application for ballot by mail did not state a legal ground for voting by mail.

____ 4) Voter registration records indicated you did not have an effective registration for this election.

____ 5) Address to which ballot was mailed was not outside the county. Voting early by mail due to expected absence from the county requires balloting materials be mailed to an address outside the county.

____ 6) The residence address on the statement of residence is not located in the political subdivision conducting the election.

____ 7) The mailing address on the application for ballot by mail did not match your voter registration address nor did the mailing address match any addresses provided on your statement of residence. Since you did not indicate on your application for a ballot by mail that you were having your ballot mailed to a hospital, retirement center, long term care facility, nursing home, jail, or a relative, your ballot was rejected.

____ 8) The statement of residence was not included in the carrier envelope.

____ 9) No identification was included with your mail ballot.

____ 10) Other:

______________________________

[signature]
Signature of Early Voting Ballot Board Judge

3-6-18
Date

EXHIBIT NO. 3
Hill & Romero

Exhibit 5
Plfs MSJ

Exhibit 2
Plfs MSJ