## Index of Exhibits

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 1 | Order Granting Plaintiffs' Motion for Writ of Mandate, *La Follette v. Padilla*, CPF-17-515931 (Cal. Sup. Ct., San Francisco Cty Mar. 5, 2018) |
| 2 | Deposition of Plaintiff Federico Flores, Jr., with copies of Flores' application for mail ballot and carrier envelope |
| 3 | Copy of Plaintiff Maria Guerrero's application for mail ballot and carrier envelope |
| 4 | Copy of Plaintiff Vicente Guerrero's application for mail ballot and carrier envelope |
| 5 | Notices of Rejected Ballots (sent to the voter-Plaintiffs) |
| 6A | Notices of Rejected Ballots (all notices from Starr County) |
| 6B | Excel Spreadsheets – Starr County<br>    2018 Primary Accepted Ballots by Mail<br>    2018 Primary Rejected Ballots by Mail |
| 7 | Expert Report, Dr. Linton A. Mohammed |
| 8 | Curriculum Vitae, Dr. Linton A. Mohammed |
| 9 | Order Granting Summary Judgment Against Texas Secretary of State, *OCA-Greater Houston v. State of Texas*, No. 1:15-cv-00679-RP (W.D. Tex. May 15, 2018) |
| 10 | Order Regarding Agreed Interim Plan for Elections, Veasey v. Abbott, No.. 2:13-CV-00193 (S.D. Tex. Aug. 10, 2016) |
| 11 | Defendants' Submission Regarding Voter Education Plan and Election Official Training Program, Veasey v. Abbott, No.. 2:13-CV-00193 (S.D. Tex. May 15, 2016) |
| 12 | Early Voting Ballot Board – Handbook for Election Judges and Clerks, updated January 2018. |
| 13 | Signature Cure Affidavit for Vote-by-Mail Ballot, *Florida Democratic Party v. Detzner*, 4:16CV607-MW/CAS, 2016 WL 6090943 (N.D. Fla. Oct. 16, 2016) |