# SIGNATURE CURE AFFIDAVIT FOR VOTE-BY-MAIL BALLOT

The affidavit is for use by a voter who returns a vote-by-mail ballot with a signature issue on the Voter's Certificate.

## 1. INSTRUCTIONS

Use the following checklist to complete and return this form to the Leon County Supervisor of Elections Office **no later than 5 p.m. on the Monday before the election**.

☐ **Complete and sign the affidavit below. AND**

☐ **Include a copy of one of the following forms of identification (ID) that shows your name and photograph (the affidavit is not verifiable in person):**

Identification that includes your name and photograph: Florida Drivers license; Florida ID; United States passport; debit or credit card; military identification; student identification; retirement center identification; neighborhood association identification; public assistance identification; veteran health identification card issued by the United States Department of Veterans Affairs; a Florida license to carry a concealed weapon or firearm; or an employee identification card issued by any branch, department, agency, or entity of the Federal Government, the state, a county, or a municipality.

**OR**

Identification that shows your name and current residence address: current utility bill, bank statement, government check, paycheck, or government document (excluding voter information card).

Return this completed affidavit and the copy of your identification documents to the Supervisor of Elections **no later than 5 p.m. on the Monday before the election**:

- Deliver to our office or to our Early Voting site (by you or another person)
- Mail them to us using the included postage paid return envelope.
- Fax (850-606-8601) or email (vote@leoncountyfl.gov) to our office.

Contact us if you have any questions: 850-606-8683

## 2. VOTE-BY-MAIL BALLOT AFFIDAVIT

I, _____, am a qualified voter in this election and
(Print voter's name)

registered voter of Leon County, Florida. I do solemnly swear or affirm that I requested and returned the vote-by-mail ballot and that I have not and will not vote more than one ballot in this election. I understand that if I commit or attempt any fraud in connection with voting, vote a fraudulent ballot, or vote more than once in an election, I may be convicted of a felony of the third degree and fined up to $5,000 and imprisoned for up to 5 years. I understand that my failure to sign this affidavit means that my vote-by-mail ballot will be invalidated.

_____
(Voter's Signature)

_____
(Voter's Address)