UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| FEDERICO FLORES, JR., <br> MARIA GUERRERO, and <br> VICENTE GUERRERO, <br>   *Plaintiffs*, <br><br> v. <br><br> RUTH R. HUGHS, IN HER OFFICIAL <br> CAPACITY AS TEXAS SECRETARY OF <br> STATE, and ARMANDINA MARTINEZ, <br> ALMA GARCIA, ALICIA DOUGHERTY <br> NO. 1, ALICIA DOUGHERTY NO. 2, <br> YOLANDA MARTINEZ, <br>   *Defendants*. | §§§§§§§§§§§§§§ | Case No. 7:18-cv-113 |

**DEFENDANT RUTH R. HUGHS' UNOPPOSED MOTION FOR LEAVE TO APPEAR FOR MOTION HEARING VIA TELEPHONE**

On January 22, 2020, the Court set a hearing on the parties' competing motion for summary judgment for March 25, 2020. *See* Dkt. No. 85. The undersigned counsel, representing Defendant Ruth R. Hughs in her official capacity as Texas Secretary of State, respectfully requests leave to appear for the hearing by telephone.

Recently, federal, state and local governments have urged Americans to socially distance in an effort to curb the spread of the coronavirus. In light of the ongoing coronavirus pandemic, the Southern District of Texas has issued guidance to attorneys indicating that "[a]ttorneys are encouraged to appear by telephone or video for nonevidentiary hearings when possible." *See* https://www.txs.uscourts.gov/. And the Center for Disease Control (CDC) has explained that "[c]rowded travel settings, like airports, may increase chances of getting COVID-19, if there are other travelers with coronavirus infection." *See* Coronavirus and Travel in the United States, *available at* https://www.cdc.gov/coronavirus/2019-ncov/travelers/travel-in-the-us.html. If   the

1

motion hearing is held in person, undersigned counsel would most likely need to take a flight to attend the hearing.

Based on the facts and circumstances described above, it is in the best interests of the parties and the public health for the forthcoming hearing to be conducted via telephone. The motion hearing on March 25 will be a nonevidentiary hearing. Thus, no party will be prejudiced by the hearing being conducted telephonically. Moreover, undersigned counsel has conferred with counsel for Plaintiffs and counsel for the EVBB Defendants, and they are unopposed to this motion.

For these reasons, Defendant respectfully requests leave to appear for the March 25 hearing telephonically.

**Dated:** March 18, 2020.    **Respectfully submitted**.

**KEN PAXTON**
Attorney General of Texas

**JEFFERY C. MATEER**
First Assistant Attorney General

**DARREN L. MCCARTY**
Deputy Attorney General for Civil Litigation

**THOMAS A. ALBRIGHT**
Chief, General Litigation Division

*/s/ Michael R. Abrams*
**MICHAEL R. ABRAMS**
Southern District ID No. 2513900
Texas Bar No. 24087072
Attorney-in-Charge
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 463-2120
Facsimile: (512) 320-0667
michael.abrams@oag.texas.gov

**Counsel for Defendant Ruth R. Hughs, in her Official Capacity as Texas Secretary of State**

## CERTIFICATE OF CONFERENCE

I hereby certify that on March 17, 2020, I conferred with counsel for Plaintiffs and counsel for the EVBB Defendants. All parties are unopposed to this motion.

/s/ *Michael R. Abrams*
Michael R. Abrams
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed electronically with the Court and delivered by CM/ECF on March 18, 2020, to all counsel of record.

/s/ *Michael R. Abrams*
Michael R. Abrams
Assistant Attorney General