United States District Court
Southern District of Texas
**ENTERED**
March 30, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| FEDERICO FLORES, JR., et. al., | ) ) ) ) | |
| VS. | ) ) ) | CIVIL ACTION NUMBER |
| DAVID WHITELY, IN HIS OFFICIAL CAPACITY AS TEXAS SECRETARY OF STATE, et. al., | ) ) ) ) ) | M-18-113 |

O R D E R

On the 25th day of March, 2020, came on to be heard "Defendants Martinez, Garcia, Dougherty No.1, Dougherty No.2 and Martinez's Motion to Dismiss Plaintiffs' Second Amended Complaint and Motion for Summary Judgment" (Docket Entry Number 66), and the Court having considered said motion, the pleadings on file and the arguments of counsel found, for the reasons stated on the record, that the motion should be GRANTED in part and DENIED in part. It is, therefore,

ORDERED, ADJUDGED AND DECREED that Defendants' Motion is GRANTED as to qualified immunity in their individual capacities only, and otherwise DENIED in all respects.

The Clerk shall send a copy of this Order to counsel for the Parties.

DONE this 30th day of March, 2020, at McAllen, Texas.

_____
Ricardo H. Hinojosa
UNITED STATES DISTRICT JUDGE