# SIGNATURE CURE DECLARATION FOR BALLOT BY MAIL

(THIS DECLARATION IS FOR USE BY A VOTER WHO RETURNS A BALLOT BY MAIL WITH A SIGNATURE ISSUE IDENTIFIED BY THE BALLOT BOARD)

## INSTRUCTIONS

Use the following checklist to complete and return this form to the Early Voting Clerk no later than 5:00 p.m. on the sixth day after election day.

> 1. Complete and sign the affidavit below; **AND**
>
> 2. Include a copy of one of the following forms of identification (ID) (if the affidavit is not submitted in person). If the affidavit is submitted in person, bring one of the following forms with you

**ID Option 1:**  If you possess one of the following forms of acceptable photo ID, include a copy of it:

- Texas Driver License issued by the Texas Department of Public Safety (DPS)
- Texas Election Identification Certificate issued by DPS
- Texas Personal Identification Card issued by DPS
- Texas Handgun License issued by DPS
- United States Military identification card
- United States Citizenship Certificate
- United States Passport (book or card)

With the exception of the U.S. Citizenship Certificate, for voters aged 18-69, the acceptable form of photo identification may be expired no more than four years before being presented with this cure declaration. For voters aged 70 or older, the acceptable form of photo identification may be expired for any length of time if the identification is otherwise valid.

**OR**

**ID Option 2:**  If you do not possess one of the forms of photo ID and cannot reasonably obtain one, attach an original or a copy of one of the following supporting forms of identification:

- a government document that shows the voter's name and an address, including the voter registration certificate;
- current utility bill;
- bank statement;
- government check;
- paycheck; or
- (a) a certified domestic (from a U.S. state or territory) birth certificate or (b) a document confirming birth admissible in a court of law which establishes your identity (which may include a foreign birth document).

**If** the voter provides ID under Option 2, the voter must **ALSO** execute a Reasonable Impediment Declaration in addition to this Signature Cure Declaration.

Plfs' Sec. Amd. MSJ
Exhibit A

Return this completed Declaration and the copy of your identification documents to the Early Voting Clerk no later than the sixth calendar day after election day. Return may be done by:

- Delivery to our office (by you or another person)
- Mailing us using the included postage paid return envelope at 100 N. FM 3167, Ste. 206, Rio Grande City 78582
- Faxing us at (956) 716-8222;
- or emailing us at elections@co.starr.tx.us.

*Contact us if you have any questions at (956) 716-4800*

---

## BALLOT BY MAIL CURE DECLARATION

I, _____ (PRINTED NAME), date of birth _____, am a qualified voter in this election and registered voter of Starr County, Texas. I do solemnly swear or affirm that:

I requested and returned the Ballot by Mail in this election and that I will not vote more than once in this election. I understand that if I commit or attempt any fraud in connection with voting, vote with a fraudulent ballot, or vote more than once in an election, I may be convicted of a crime and potentially face imprisonment and fines. I understand that my failure to sign this affidavit means that my mail ballot will be invalidated.

_____  
*Voter's Signature*

If signed by Witness:  
Witness name: _____  
Witness address: _____

_____  
_____  
*Voter's Address*

Plfs' Sec. Amd. MSJ  
Exhibit A