United States District Court
Southern District of Texas
**ENTERED**
April 22, 2020
David J. Bradley, Clerk

| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| FREDERICO FLORES JR., et al. | § | |
| versus | § | CIVIL ACTION No. 7:18-cv-113 |
| TEXAS SECRETARY OF STATE, and ARMANDINA MARTINEZ, ALMA GARCIA, ALICIA DOUGHERTY NO. 1, ALICIA DOUGHERTY NO. 2, YOLANDA MARTINEZ | § | |

## ORDER STRIKING DOCUMENT

The Clerk has noted the filing of your <u>DEFENDANTS ARMANDINA MARTINEZ, ALMA GARCIA, ALICIA DOUGHERTY NO. 1, ALICIA DOUGHERTY NO. 2, YOLANDA MARTINEZ'S RESPONSE TO PLAINTIFFS' SECOND AMENDED JOINT MOTION FOR SUMMARY JUDGMENT (D.E. 95)</u>; however, it is deficient as checked. (L.R. refers to the Local Rule of this District).

1. ❏ Document is not signed (L.R. 11.3).

2. ❏ Document does not comply with L.R.11.3.A.

3. ❏ Caption of the document is incomplete (L.R.10.1).

4. ❏ No certificate of service or explanation why service is not required (L.R. 5.3).

5. ❏ Motion does not comply with L.R.7

   a. ❏ No statement of opposition or non-opposition (L.R. 7.1.D(2)).

   b. ❏ No statement of conference between counsel (L.R. 7.1.D(1)).

   c. ❏ No separate proposed order attached (L.R. 7.1.C).

6. ❏ Motion to consolidate does not comply with L.R.7.6.

7. X Other: Does not comply (L.R. 7.4.D).

The document is stricken from the record.

Date: 4/22/20

_/s/ Ricardo H. Hinojosa_
RICARDO H. HINOJOSA
U.S. DISTRICT JUDGE