IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

FEDERICO FLORES, JR., et al., §
§
*Plaintiffs*, §
§   Civil Case No. 7:18-cv-00113
v. §
§
RUTH R. HUGHS, IN HER OFFICIAL §
CAPACITY AS TEXAS SECRETARY §
OF STATE, et al., §
§
*Defendants*. §

**PROPOSED INTERVENOR STARR COUNTY DEMOCRATIC PARTY'S
COMPLAINT IN INTERVENTION**

Proposed Plaintiff-Intervenor Starr County Democratic Party (SCDP) submits this complaint in intervention as a Plaintiff in this cause.

Pursuant to Federal Rule of Civil Procedure 10(c), SCDP hereby adopts the Plaintiffs' Second Amended Complaint (Doc. 58) as its own, with the exception of Counts 2 and 3 thereof (paragraphs 52-59). In other words, SCDP's sole substantive challenge is based in the violation of procedural due process, just as the Plaintiffs have now limited their arguments. *See* Doc. 72 at 3 (Plaintiffs expressly abandoning equal protection claims); *Plfs' Second Amended Mtn. for Summ. Judg* (Doc. 94) (Plaintiffs arguing only due process claim).

Respectfully submitted,

*/s/Martie Garcia Vela*
Martie Garcia Vela
*Attorney for Intervenor*
*Starr County Democratic Party*
*SBN: 24058898*
*Law Office of Martie Garcia Vela, PC*
*509 N. San Antonio*

*Rio Grande City, Texas 78582*
*956-488-8170 (phone)*
*956-488-8129 (fax)*
*martie.garcia@gmail.com*

*Of counsel:*
Najvar Law Firm, PLLC
*Jerad Wayne Najvar*
Texas Bar No. 24068079
281.404.4696 [Phone]
281.582.4138 [Facsimile]
jerad@najvarlaw.com
*Austin M.B. Whatley*
Tex. Bar No. 24104681
S.D. Tex. No. 3348472
281.410.2003 [Phone]
austin@najvarlaw.com
2180 North Loop West, Ste. 255
Houston, TX 77018

## **Certificate of Service**

The undersigned counsel hereby certifies that on May 1, 2020, the foregoing document, along with any exhibits and proposed order, was served on the following counsel of record in this matter by means of the court's CM/ECF system:

Jerad Wayne Najvar
2180 North Loop West, Ste. 255
Houston, TX 77018
*Counsel for Plaintiffs*

Mr. Michael R. Abrams
PO Box 12548, Capitol Station
Austin, TX 78711
*Counsel for Defendant Ruth R. Hughs*

Mr. Martin Golando
405 N. Saint Mary's, Suite 700
San Antonio, TX 78205
*Counsel for ballot board Defendants*

*/s/ Martie Garcia Vela*
Martie Garcia Vela