IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| FEDERICO FLORES, JR., et al., § | |
| § | |
| *Plaintiffs*, § | |
| § | Civil Case No. 7:18-cv-00113 |
| v. § | |
| § | |
| RUTH R. HUGHS, IN HER OFFICIAL § | |
| CAPACITY AS TEXAS SECRETARY § | |
| OF STATE, et al., § | |
| § | |
| *Defendants*. § | |

## STARR COUNTY DEMOCRATIC PARTY'S MOTION FOR LEAVE IN SUPPORT OF MOTION TO INTERVENE

Intervenors move for leave, respectfully requesting that the Court accept and consider filed reply in support of its motion to intervene, addressing the responses both of Secretary Hughs (Doc. 103) and of the Early Voting Ballot Board (EVBB) Defendants (Doc. 104). The reply was submitted on Saturday May 30, 2020. The response was due Friday May 29, 2020.

Plaintiffs' counsel intended to file the reply on Friday but unintentionally lefter her laptop with the document at her office and it was not discovered until later Friday evening. The office is an hour drive from her home. The laptop was recovered on Saturday and the document was filed.

**Conclusion**

Intervenors respectfully request that this Court grant leave and accept the above-referenced materials as requested.

Respectfully submitted,

/s/Martie Garcia Vela

1

        Martie Garcia Vela
*Attorney for Intervenor*
*Starr County Democratic Party*
*SBN: 24058898*
*Law Office of Martie Garcia Vela, PC*
*509 N. San Antonio*
*Rio Grande City, Texas 78582*
*956-488-8170 (phone)*
*956-488-8129 (fax)*
*martie.garcia@gmail.com*

## Certificate of Conference

The undersigned counsel conferred by email on June 1, 2020 with Defense counsel and did not receive a response before the filing of this Motion for Leave.

    /s/ Martie G. Vela
Martie G. Vela

## Certificate of Service

The undersigned counsel hereby certifies that on May 1, 2020, the foregoing motion, and and proposed order, was served on the Defendants in this matter by means of the court's CM/ECF system.

Mr. Jerad Wayne Najvar
2180 North Loop West, Ste. 255
Houston, TX 77018
*Counsel for Plaintiffs*

Mr. Michael R. Abrams
PO Box 12548, Capitol Station
Austin, TX 78711
*Counsel for Defendant Ruth R. Hughs*

Mr. Martin Golando
405 N. Saint Mary's, Suite 700
San Antonio, TX 78205
*Counsel for ballot board Defendants*

    /s/ Jerad Najvar
Jerad Najvar

Intervenors mtn for leave – late filings