Case 7:18-cv-00113 Document 123 Filed on 03/26/21 in TXSD Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
March 29, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| FEDERICO FLORES, JR., MARIA GUERRERO, AND VICENTE GUERRERO<br><br>VS.<br><br>RUTH R. HUGHS, IN HER OFFICIAL CAPACITY AS TEXAS SECRETARY OF STATE, AND ARMANDINA MARTINEZ, ALMA GARCIA, ALICIA DOUGHERTY NO.1, ALICIA DOUGHERTY NO.2, YOLANDA MARTINEZ | CIVIL ACTION NUMBER<br><br>M-18-113 |

ORDER

The Court notes that a related case matter styled *Richardson, et al. v. Texas Secretary of State, et al.*, No. 5:19-cv-00963-OLG (W.D. Tex. 2019), which is pending before Judge Orlando Garcia, is now on appeal before the Fifth Circuit.

The Parties, in their briefs, note that there is a substantial overlap between the instant litigation and the *Richardson* case. In an effort to avoid piecemeal resolution of the issues presented, the Court finds it judicially prudent to stay this action until the Fifth Circuit rules on the *Richardson* case. Accordingly, it is hereby

ORDERED, ADJUDGED, and DECREED that the above-referenced case is STAYED until the U.S. Court of Appeals for the Fifth Circuit renders a decision in *Richardson, et al. v. Texas Secretary of*

*State, et al.*, No. 20-50774. When a decision is rendered, the Parties shall notify this Court of the decision and file a motion to reinstate.

It is further ORDERED that all pending motions in this case are hereby DENIED without prejudice to reurging the same once the case is reinstated.

The Clerk shall send a copy of this Order to counsel for the parties.

DONE on this 26th day of March, 2021, at McAllen, Texas.

                                        Ricardo H. Hinojosa
                                  UNITED STATES DISTRICT JUDGE