UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| LETICIA GARZA GALVAN and<br>MARTIE GARCIA VELA,<br>　　*Plaintiffs*,<br><br>v.<br><br>RUTH HUGHS, in her official capacity as<br>Texas Secretary of State, et al.<br>　　*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§　　CASE No. 7:18-cv-113 |

## SECRETARY OF STATE'S MOTION TO APPEAR ELECTRONICALLY

A status conference is set in this matter for July 21, 2023 at 4:00 p.m. Defendant Ruth Hughs respectfully requests that the Court allow her counsel of record, William D. Wassdorf to appear for the hearing by Zoom or by telephone.

Mr. Wassdorf resides and works in Austin and is unexpectedly unable to travel to appear in person.

Respectfully submitted.

| | |
|---|---|
| ANGELA COLMENERO<br>Provisional Attorney General<br><br>BRENT WEBSTER<br>First Assistant Attorney General<br><br>GRANT DORFMAN<br>Deputy First Assistant Attorney General<br><br>JAMES LLOYD<br>Acting Deputy Attorney General for Civil Litigation<br><br>KIMBERLY GDULA<br>Deputy Chief, General Litigation Division<br><br>RYAN KERCHER<br>Deputy Chief, General Litigation Division | */s/ William D. Wassdorf*<br>**WILLIAM D. WASSDORF**<br>Texas Bar No. 24103022<br>Southern District ID: 3562569<br>Assistant Attorney General<br><br>OFFICE OF THE ATTORNEY GENERAL<br>General Litigation Division<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>(512) 463-2120 \| FAX: (512) 320-0667<br>will.wassdorf@oag.texas.gov<br><br>***Counsel for Defendant Ruth Hughs*** |

Page 1

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing pleading has been served on the following counsel of record on July 21, 2023 through the Court's CM/ECF system:

Jerad Wayne Najvar
Najvar Law Firm, P.L.L.C.
2180 North Loop West, Suite 255
Houston, Texas 77018
Phone: (281) 404-4696
Fax: (281) 528-4138
jerad@navarlaw.com

Jose Garza
Texas Bar No. 07731950
Garza Golando Moran
7414 Robin Rest Dr.
San Antonio, Texas 78209
(210) 892-8543
garzpalm@aol.com
martin.golando@gmail.com
**Counsel for EVBB Defendants**

Martie Garcia Vella
Texas Bar No. 24058898
Law Office of Martie Garcia Vela, PC
509 N. San Antonio
Rio Grande City, Texas 78582
Phone: (956) 488-8170
Fax: (956) 488-8129
martie.garcia@gmail.com
**Counsel for Intervenor**

        */s/ William D. Wassdorf*
        **WILLIAM D. WASSDORF**
        Assistant Attorney General