UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| LETICIA GARZA GALVAN and<br>MARTIE GARCIA VELA,<br>　　*Plaintiffs*, | §<br>§<br>§<br>§ | |
| v. | § | CASE No. 7:18-cv-113 |
| | § | |
| RUTH HUGHS, in her official capacity as<br>Texas Secretary of State, et al.<br>　　*Defendants*. | §<br>§<br>§<br>§ | |

# **ORDER**

　　Before the court is Defendant Hughs's motion for counsel to appear electronically. After due consideration, the Court finds that the motion should be GRANTED.

　　IT IS THEREFORE ORDERED that counsel for Defendant Hughs, William D. Wassdorf appears at the status conference set for July 21, 2023 at 4:00 p.m. by Zoom.

　　　　　　　　　　　　　　　　　　　　　　　　　　RICARDO H. HINOJOSA
　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE