United States District Court
Southern District of Texas
**ENTERED**
September 28, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| FEDERICO FLORES, JR., MARIA GUERRERO, and VICENTE GUERRERO, *Plaintiffs*, <br><br> v. <br><br> JANE NELSON, in her official capacity as TEXAS SECRETARY OF STATE, and ARMANDINA MARTINEZ, ALMA GARCIA, ALICIA DOUGHERTY NO. 1, ALICIA DOUGHERTY NO. 2, YOLANDA MARTINEZ, *Defendants.* | Case No. 7:18-cv-00113 |

### ORDER GRANTING DEFENDANT'S NOTICE OF SUBSTITUTION

On this day, the Court considered Defendant's Notice of Substitution. The Court finds that, pursuant to Federal Rule of Civil Procedure 25(d), Jane Nelson is automatically substituted as a defendant in this case, in her official capacity as Texas Secretary of State. The clerk is directed to update the docket of this cause to reflect that Ruth R. Hughs, in her official capacity as Texas Secretary of State, is terminated, and that Jane Nelson, in her official capacity as Texas Secretary of State, is substituted as a defendant in this cause number.

SIGNED this 28th day of September, 2023.

_____
THE HONORABLE RICARDO H. HINOJOSA
UNITED STATES DISTRICT JUDGE