UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Leticia Garza Galvan, et al.

v.  Case Number: 7:18−cv−00113

David Whitley, et al.

NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Ricardo H Hinojosa

**PLACE:**
Bentsen Tower
1701 W. Hwy. 83
McAllen, Texas 78501

**DATE:**  12/13/2023

**TIME:**  04:00 PM

**TYPE OF PROCEEDING:**  Motion Hearing
Motion to Dismiss – #131

Date:   November 14, 2023

Nathan Ochsner, Clerk