IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| FEDERICO FLORES, JR., et al., | § § | |
| *Plaintiffs*, | § § § | Civil Case No. 7:18-cv-00113 |
| v. | § § | |
| RUTH R. HUGHS, IN HER OFFICIAL CAPACITY AS TEXAS SECRETARY OF STATE, et al., | § § § § § | |
| *Defendants*. | § | |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby jointly stipulate to the dismissal of Plaintiffs' claims. The parties will bear their own costs and fees with respect to this lawsuit.

            Respectfully submitted,

               */s/ Jerad Wayne Najvar*
            Jerad Wayne Najvar
            Tex. Bar No. 24068079
            S.D. Tex. No. 1155651
            jerad@najvarlaw.com
            2180 North Loop West, Suite 255
            Houston, TX 77018
            281.404.4696 phone
            281.582.4138 fax
            *Attorney in Charge for Plaintiffs*

*Of counsel:*
NAJVAR LAW FIRM, PLLC
2180 North Loop West, Ste. 255
Houston, TX 77018

            KEN PAXTON
            Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

JAMES LLOYD
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Chief for General Litigation Division


*/s/ William D. Wassdorf*
**WILLIAM D. WASSDORF**
Texas Bar No. 24103022
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 | FAX: (512) 320-0667
will.wassdorf@oag.texas.gov
***Counsel for Secretary of State***


*/s/ Jose Garza*

**Jose Garza**
Law Office of Jose Garza
7414 Robin Rest Dr.
San Antonio, TX 78209
210-392-2856
Email: garzpalm@aol.com
*LEAD ATTORNEY*

**Martin Golando**
Attorney at Law
2326 W. Magnolia
San Antonio, TX 78201
210-471-1185
Counsel for EVBB Defendants

2

## Certificate of Service

The undersigned counsel hereby certifies that on December 12, 2023, the foregoing stipulation of dismissal was served on the following counsel of record in this matter by means of the court's CM/ECF system:

William David Wassdorf, Rueben Blum
*Counsel for Defendant Ruth R. Hughs*

Mr. Martin Golando
*Counsel for ballot board Defendants*

                */s/ Jerad Najvar*
                Jerad Najvar